cc: All counsel of record

LYNN E. PANAGAKOS, ESQ.  #7696
345 Queen Street, Second Floor
Honolulu, Hawaii 96813
Telephone:  (808) 521-3336
Facsimile:  (808) 566-0347

Attorney for Defendants
ROYAL LaMARR HARDY
URSULA A. SUPNET

WILLIAM A. COHAN, ESQ.
8910 University Center Lane
Suite 550
San Diego, CA 92122
Telephone: (858) 550-9095
Facsimile: (858) 550-9049

Attorney for Defendant
URSULA A. SUPNET

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 12 2006

at ___ o'clock and 30 min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 02-00133-ER |
| Plaintiff, | ORDER |
| vs. | |
| ROYAL LaMARR HARDY,(1) URSULA A. SUPNET, (2), et al., | |
| Defendants | |

**ORDER**

The Court, having considered Defendants Royal LaMarr Hardy and Ursula A. Supnet's motion to obtain transcripts of sealed proceedings, and good cause appearing therefore:

IT IS HEREBY ORDERED that the defendants' motion is granted.

IT IS SO ORDERED.

DATED: 1-12-06

_____
Honorable Edward Rafeedie
U.S. District Court Judge

2