IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

**ORIGINAL**

Amended* Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **05-10663**   U.S. District Court Case No. **CR 02-133 ER**

Short Case Title **USA v. Hardy**

Date Notice of Appeal Filed by Clerk of District Court **September 23, 2005**

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
|  |  | Voir Dire |
|  |  | Opening Statements |
|  |  | Settlement Instructions |
|  |  | Closing Arguments |
|  |  | Jury Instructions |
| 4/20/05 - Sealed Proceeding | Cynthia Fazio | Pre-Trial Proceedings |
|  |  | Other (please specify) |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JAN 2 0 2006
at 3 o'clock and __ min __ M
SUE BEITIA, CLERK

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(✓) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered **1/20/06**   Estimated date for completion of transcript _____

Print Name of Attorney **Lynn Panagakos**   Phone Number **808-521-3336**

Signature of Attorney **Lynn E. Panagakos**

Address **345 Queen St, 2d Fl, Hon, HI 96813**

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____   Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

**Sue Beitia**                                    BY: _____
(U.S. District Court Clerk)   (date)              DEPUTY CLERK

* Transcript was designated on original transcript designation + ordering form filed 10/19/05 (attached). CJA Form 24 requesting transcript was also submitted to

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 05-10663    U.S. District Court Case No. CR 02-133 ER

Short Case Title USA v. Hardy

Date Notice of Appeal Filed by Clerk of District Court September 23, 2005

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII OCT 19 2005 SUE BEITIA, CLERK

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| See attached Section A (5 pages) | " | Voir Dire |
| " | " | Opening Statements |
| " | " | Settlement Instructions |
| " | " | Closing Arguments |
| " | " | Jury Instructions |
| " | " | Pre-Trial Proceedings |
| (additional page for designations if necessary) | | Other (please specify) |

at 3 o'clock and 40 min. P

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(✓) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered October 19, 2005    Estimated date for completion of transcript _____

Print Name of Attorney Lynn E. Panagakos    Phone Number 808-521-3336

Signature of Attorney Lynn E. Panagakos

Address 345 Queen St, 2d Floor, Honolulu, HI 96813

SECTION B - To be completed by court reporter

I, _____ (signature of court reporter) _____ have received this designation.
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript—Due Date _____

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn _____    BY: _____
(U.S. District Court Clerk)    (date)    DEPUTY CLERK

TRANSCRIPT DESIGNATION AND ORDERING FORM – SECTION A

| HEARING DATE(s) | COURT REPORTER | PROCEEDING | ADMITTED* |
|---|---|---|---|
| 4/22/02 | Tape 833, C5 | Arraignment and Plea to the Information – Docket Number ("D#") 5 | 5/30/02 (V/ARS, Inc.) |
| 5/3/02 | Tape 1228, C6 | Detention Hearing – D# 5 | 3/28/03 (VARS Inc.) |
| 5/15/02 | Tape C6 | Hearing Re Status of Retained Counsel - D#11 | 3/28/03 (VARS Inc.) |
| 5/28/02 | Tape 1245, C6 | Further Hearing Re Status of Retained Counsel and Trial Setting Conference – D# 13 | 5/29/02 (Tina M. Stuhr); 3/28/03 (VARS Inc.) |
| 6/4/02 | Tape C6T, C6 | Status Conference With Retained Counsel – D# 14 | 11/24/03 (Pat Petrilla of Petrilla Reporting) |
| 7/8/02 | FTR-CD7, C7 (10:10-10:14) | Pre-Trial Motions Hearing – D# 34 | 11/24/03 (Pat Petrilla of Petrilla Reporting) |
| 7/19/02 | Tape 914, C5 | Arraignment and Plea as to defendant 01 – D# 47 | 11/24/03 (Pat Petrilla of Petrilla Reporting) |
| 7/22/02 | Tape 916, C5 | Arraignment and Plea as to defendants 02, 03, 04 – D#51 | 11/24/03 (Pat Petrilla of Petrilla Reporting) |
| 8/5/02 | Tape 1261, C6 | Pre-Trial Motions Hearing – D#63 | 11/24/03 (Pat Petrilla of Petrilla Reporting |
| 8/12/02 | Tape 1265, C6 | A & P to Indictment as to (02) Supnet, Status Conference Re Possible Conflict of Interest – D# 69 | 9/23/02 (Bernie Biacan, VARS) |
| 10/7/02 | DC | Pre-Trial Motions Hearing on Motions to Dismiss – D#77 | 12/3/02 (Debra Kekuna Chun) |
| 11/26/02 | ESR 1313/14, C6 | A& P to First Superseding Indictment – D#126 | 11/24/03 (Pat Petrilla of Petrilla Reporting) |
| 3/3/03 | Cynthia Fazio | Pre-Trial Motions Hearing on | 3/19/03 |

1

|  |  | Motions to Dismiss – D# 187 | (Cythina T. Fazio) |
|---|---|---|---|
| 3/14/03 | LO, ESR 1347, C6 | Pre-Trial Hearing – D# 194 | 3/28/03 (Lori Okenka, VARS) |
| 6/20/03 | Tape 1411 C6 (10:20 – 10:40) | Pre-Trial Hearing on Motion for Leave To /Withdraw, Or Alternatively, For Appointment Under CJA, D# 218 |  |
| 7/1/03 | CD15 C7 (2:26-2:53) | Status Conference Re Court Appointed Counsel – D#228 | 8/6/03 (V/ARS- Susan Holcomb, Transcriber); 11/24/03 (Pat Petrilla of Petrilla Reporting) |
| 7/22/03 | CD15, C7 (9:31-10:11) | Trial Setting Conference – D#230 | 11/24/03 (Pat Petrilla of Petrilla Reporting) |
| 8/25/03 | Tape 1451 | Pre-Trial Hearing on Motion to Withdraw – D#236 | 11/24/03 (Pat Petrilla of Petrilla Reporting) |
| 8/25/03 | Debra Chun | Pre-Trial Hearing on Motion for Reconsideration of Order Denying Motion to Dismiss | 11/5/03 (Debra Kekuna Chun) |
| 9/18/03 | C6 Tape 1462 | Pre-Trial Hearing on Motion for Disclosure of Decipher Dictionary – D# 243 |  |
| 2/4/04 | Ct C6, CD-3 (10 – 10:18) | Initial Appearance and Arraignment an Plea to Superseding Indictment as to (05) Terry Leroy Cassidy – D#264 |  |
| 3/9/04 | Stephen Platt | Pre-Trial Hearing on Motion to Dismiss – D# 277 | 9/10/04 (ESR transcriber Juvelynn Punzal |
| 3/10/04 | C6 CD3 2:04 – 2:22 | Pre-Trial Hearing on Motion to Continue Trial as to (05) Terry Leroy Cassidy – D# 278 |  |
| 3/25/04 | C6 CD3 (9:08-9:31) | Status Conference to Set Further Deadlines – D# 282 | 8/17/04 (ESR/ transcriber Juvelynn Punzal); 9/10/04 (ESR |

2

| | | | transcriber Juvelynn Punzal) |
|---|---|---|---|
| 5/24/04 | C6 CD#5 10:31-11:06a | Final Pretrial Conference – not held. D# 305 | 8/17/04 (ESR/ transcriber Juvelynn Punzal) |
| 6/10/04 | C7 CD#20 3:22-3:35p | Pre-Trial Hearing to Deny Defendant's Request to Travel Outside the District of Hawaii and to Revoke Defendant Hardy's Release Status – D# 310 | 7/30/04 (ESR Transcriber Juvelynn Punzal) |
| 6/29/04 | C7 CD#21 3:31-3:49p | Further Hearing on Motion to Revoke Defendant (01) Royal LaMarr Hardy's Release Status – D# 318 | 9/10/04 (ESR transcriber Juvelynn Punzal) |
| 6/29/04 | C6 CD#7 11:04-11:10a | Pre-Trial Hearing on Defendants Motion to Amend Order – D# 321 | 9/20/04 (ESR transcriber Juvelynn Punzal) |
| 9/16/04 | C6 1:32-2:04 | Final pretrial conf set – D# 363 | 4/21/05 (Jessica B. Cahill) |
| 10/6/04 | C6 3:21-3:39 | Cassidy's Motion to Allow Defendant to Proceed as His Own Counsel – D# 379 | |
| 10/15/04 | C7F CD 23 10:20-10:48 | Final pretrial conference – D# 385 | 4/21/05 (Jessica B. Cahill) |
| 10/26/04 | Debra Chun | Status Conference – D# 391 | 4/11/05 (Debra K. Chun) |
| 11/8/04 | C6 10:31-1:47 | A & P as to the Second Superseding Indictment – D# 403 | |
| 11/15/04 | C6 10:55-11:11 | Motion to Withdraw as Counsel for (04) Fred M. Ortiz – D# 408 | |
| 1/7/05 | Cynthia Fazio | Government's Motion for an Inquiry into Potential Conflict of Interest – D#423 | 4/22/05 (Cynthia T. Fazio) |
| 2/7/05 | C6 10:11-10:16 | Final Pretrial Conference – D# 430 | |
| 2/22/05 | ESR-AG | Pre-Trial Hearing on Motions to Dismiss – D# 437 | |
| 2/25/05 | Debra Chun | Status Conference – D# 444 | 4/11/04 (Debra K. Chun) |
| 4/20/05 | Cynthia T. Fazio | Pre-Trial Hearing on Defendant (02) Ursula A. Supnet's Motion to Withdraw as Counsel and Motion to | 4/26/05 (Cynthia F. Tando) |

3

| | | Continue Trial Date – D# 494 | |
|---|---|---|---|
| 5/4/05 | Cynthia T. Fazio | Pre-Trial Hearing on Various Motions – D# 536 | 6/2/05 (Cynthia T. Fazio) |
| 5/4/05 | Cynthia T. Fazio | Jury Selection and Jury Trial (Day 1), Opening Statements on Behalf of Defendants (01) Royal LaMarr Hardy, (02) Ursula A. Supnet, (03) Michael L. Kailing, (04) Fred M. Ortiz – D# 537 | |
| 5/5/05 | Ann Matsumoto | Further Jury Trial (2nd Day) – D# 538 | 7/28/05 (Ann B. Matsumoto) |
| 5/6/05 | Ann Matsumoto | Further Jury Trial (3rd Day) – D# 547 | |
| 5/9/05 | Anna Matsumoto | Further Jury Trial (4th Day) – D# 552 | |
| 5/10/05 | Ann Matsumoto | Further Jury Trial (5th Day) – D# 554 | 8/18/05 (Ann B. Matsumoto); 8/22/05 (Ann B. Matsumoto) |
| 5/11/05 | Ann Matsumoto | Further Jury Trial (6th Day) – D# 555 | |
| 5/12/05 | Ann Matsumoto | Further Jury Trial (7th Day), Closing Arguments on Behalf of the Government, Defendant (05) Terry Leroy Cassidy, Defendant (01 Royal LaMarr Hardy, Defendant (03) Michael L. Kailing, and Defendant (02) Ursula A. Supnet – D# 557 | 7/22/05 (Ann B. Matsumoto); 8/18/05 (Ann B. Matsumoto) |
| 5/13/05 | Ann Matsumoto | Further Jury Trial (8th Day), Closing Argument as to Defendant (04) Fred M. Ortiz, Government's Response as to Defendant's Closing Arguments; Court instructs the Jurors at 9:56a.m.; Verdict – D# 558 | 6/8/05 (Ann B. Matsumoto) |
| 6/27/05 | Stephen B. Platt | Hearing on Government's Motion to Revoke – D#584 | |
| 7/7/05 | Stephen B. Platt | Continued Hearing on Government's Motion to Revoke – D# 596 | |
| 7/14/05 | Stephen B. Platt | Continued Hearing on Defendant's Motion of Lynn Panagakos to Withdraw as Counsel – D#597 | |
| 8/29/05 | Sharon Ross | Sentencing as to Defendant Ortiz– D# 622 | |
| 8/29/05 | Stephen B. Platt | Sentencing as to Defendant Kailing – D# 626 | |
| 8/29/05 | Stephen B. Platt | Sentencing as to Defendant Supnet – D# 623 | |

4

| 8/30/05 | Stephen B. Platt | Sentencing as to Defendant Hardy – D# 624 | 9/27/05 (Stephen B. Platt) |
| --- | --- | --- | --- |
| 8/31/05 | Stephen B. Platt | Sentencing as to Defendant Cassidy – D# 625 | |
| 8/31/05 | Stephen B. Platt | Hearing on Motion to Revoke Defendant Hardy's Bail – D# 628 | 9/27/05 (Stephen B. Platt) |

\* - Transcripts in the Admitted column may be partial transcripts. Counsel designates and orders complete transcripts of the corresponding entries where only partial transcripts have been created.

5

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| HIHXO | Royal LaMarr Hardy | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | CR 02-133 ER/01 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| US v. Hardy et. al. | ☒ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | ☒ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other: | CC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

18 U.S.C. 371

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

Appeal

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

3/3/03 Hearing (docket #187); 4/20/05 Hearing (docket #494); 5/4/05 Hearing (docket #526); 5/4/05 Jury Selection and Jury trial (Day 1) (docket #537); 1/7/05 Hearing (docket #423)

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost ____ % of transcript with (Give case name and defendant)

B. ☐ Expedited ☐ Daily ☐ Hourly Transcript ☐ Realtime Unedited Transcript

C. ☒ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
   ☒ Defense Opening Statement ☐ Defense Argument ☒ Voir Dire ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: /s/ Lynn E. Pa__    Date: 10/19/05
Printed Name: Lynn Panagakos, Esq.
Telephone Number: (808) 542-9943
☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court ____
Date of Order ____    Nunc Pro Tunc Date ____

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Cynthia T. Fazio

Telephone Number: ____

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | TOTAL AMOUNT CLAIMED: | | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee ____    Date ____

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK. I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk ____    Date ____

**APPROVED FOR PAYMENT — COURT USE ONLY**

23. APPROVED FOR PAYMENT    24. AMOUNT APPROVED

Signature of Judicial Officer or Clerk of Court ____    Date ____

**RECEIVED**
CLERK, U.S. DISTRICT COURT

OCT 1 9 2005

DISTRICT OF HAWAII