Record 1/23/01
9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Amended * Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 05-10663    U.S. District Court Case No. CR 02-133 ER

Short Case Title USA v. Hardy

Date Notice of Appeal Filed by Clerk of District Court September 23, 2005

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| 4/20/09-Sealed Proceeding | Cynthia Fazio | Pre-Trial Proceedings |
| | | Other (please specify) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 20 2006

at 3 o'clock and ___ M
SUE BEITIA, CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 8 2006

at 10 o'clock and ___ min. A M
SUE BEITIA, CLERK

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(✓)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter.  I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered 1/20/06    Estimated date for completion of transcript_____

Print Name of Attorney Lynn Panagakos    Phone Number 808 - 521 - 3336

Signature of Attorney Lynn E. Panagakos

Address 345 Queen St, 2d Fl, Hon, HI 96813

SECTION B - To be completed by court reporter

I, Cynthia Fazio
        (signature of court reporter) _____ have received this designation.

(✓) Arrangements for payment were made on 2/7/06
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date 3/10/06

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed 3/8/06    Court Reporter's Signature Cynthia Fazio

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia                    03/08/06    BY: Alison Greaney
(U.S. District Court Clerk)    (date)         DEPUTY CLERK

* Transcript was designated on original transcript designation & ordering form