UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 21 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | Nos. **05-10663** |
| Plaintiff - Appellee, | 05-10664 |
| v. | 05-10722 |
| ROYAL LAMARR HARDY, et al., | 05-10723 |
| Defendants - Appellants. | |

D.C. No. CR-02-00133-ER/BMK
District of Hawaii,
Honolulu

RECEIVED
CLERK U.S. DISTRICT COURT

ORDER

MAR 23 2006

DISTRICT OF HAWAII

Appellant Royal LaMarr Hardy's request to modify the briefing schedule as a result of the court reporter's failure to prepare the April 20, 2005 transcript is granted. A review of the district court docket shows that the April 20, 2005 transcript was filed late on March 9, 2006.

The opening brief received on March 2, 2006 in 05-10723 for appellant Fred M. Ortiz has been filed. The opening briefs in 05-10663, 05-10664, and 05-10722 are due April 18, 2006; the answering brief is due May 18, 2006; and the optional reply briefs are due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

*Lorela Bragado-Sevillena*
Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note
to Rule 27 and Ninth Circuit Rule 27-10

pro 3.13