UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
MAY 26 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-10663 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-01420-2-DCB/JJ |
| v. | District of Arizona, Tucson |
| ROYAL LaMARR HARDY, | CR 02-00133 |
| Defendant - Appellant. | ORDER |

Before: Appellate Commissioner Shaw

The motion by Lynn Panagakos, Esq., for authorization for an additional 40 hours of paralegal services at a billable rate of $40 per hour is granted. The motion requesting past and future paralegal expenditures not to exceed a combined total of $5,600 is granted.

The services will be provided by law student Gabriel Cohan furnishing paralegal services as an independent contractor. Counsel should utilize a CJA-21 voucher form to accomplish payment directly by the court to Mr. Cohan.

The request to file the motion under seal is denied.

SCANNED

_____
General Order 6.3(e)

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 1 2006
DISTRICT OF HAWAII

O:\AppComm\Orders\Operations\05-10663(a)sa.wpd