



UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

BOX CLOSED
NO FORWARDING
ORDER ON FILE

Royal Lamarr Hardy
P O Box 29265
Honolulu, HI 96820

CR-02-133 HG

RECEIVED
CLERK U.S. DISTRICT COURT

AUG 29 2007

DISTRICT OF HAWAII

Royal Lamarr Hardy
P O Box 29265
Honolulu, HI 96820

CR 02-133 ER