## Appeal Documents

1:02-cr-00133-ER-ER USA v. Hardy, et al

U.S. District Court

District of Hawaii - CM/ECF V3.04 (3/07)

**Notice of Electronic Filing**

The following transaction was entered on 8/23/2007 at 4:17 PM HST and filed on 8/23/2007
**Case Name:**      USA v. Hardy, et al
**Case Number:**    1:02-cr-133
**Filer:**
**Document Number:** 724

**Docket Text:**
JUDGMENT of USCA (CERTIFIED COPY/Attest date 8/21/07) as to Royal Lamarr Hardy, Ursula A. Supnet, Michael L. Kailing, Fred M. Ortiz, Terry Leroy Cassidy. Royal Lamarr Hardy (05-10663), Ursula A. Supnet (05-10664), Michael L. Kailing (05-10722), Fred M. Ortiz (05-10723), Terry Leroy Cassidy (05-10641). (Attachments: # (1) Memorandum (Certified/Attest date 8/21/07)# (2) Service List)[Judgments of District Court are AFFIRMED](ecs)(cc: ER/Les)


**1:02-cr-133-1 Notice has been electronically mailed to:**
Richard D. Gronna  rgronna@hawaii-personal-injury.com
Mark R. Zenger  markzenger@hawaii.rr.com
Barry D. Edwards  barrydedwards@gmail.com
Clare E. Connors  clare.connors@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov, cheri.abing@usdoj.gov

**1:02-cr-133-1 Notice will not be electronically mailed to:**

Jared E. Dwyer
US Department of Justice
Tax Division
PO Box 972
Washington, DC 20044

Edward E. Groves
US Department of Justice
Tax Division
950 Pennsylvania Ave NW Room 4132
Washington, DC 20530

Royal Lamarr Hardy
P O Box 29265
Honolulu, HI 96820

US Department of Justice
Tax Division
950 Pennsylvania Ave NW Room 4132
Washington, DC 20530

Royal Lamarr Hardy
P O Box 29265
Honolulu, HI 96820

Lynn E. Panagakos
345 Queen Street, 2nd Floor
Honolulu, HI 96813

**1:02-cr-133-4 Notice has been electronically mailed to:**
Richard D. Gronna    rgronna@hawaii-personal-injury.com
Mark R. Zenger    markzenger@hawaii.rr.com
Barry D. Edwards    barrydedwards@gmail.com
Clare E. Connors    clare.connors@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov, cheri.abing@usdoj.gov

**1:02-cr-133-4 Notice will not be electronically mailed to:**

Jared E. Dwyer
US Department of Justice
Tax Division
PO Box 972
Washington, DC 20044

Edward E. Groves
US Department of Justice
Tax Division
950 Pennsylvania Ave NW Room 4132
Washington, DC 20530

Royal Lamarr Hardy
P O Box 29265
Honolulu, HI 96820

Lynn E. Panagakos
345 Queen Street, 2nd Floor
Honolulu, HI 96813

**1:02-cr-133-5 Notice has been electronically mailed to:**
Richard D. Gronna    rgronna@hawaii-personal-injury.com
Mark R. Zenger    markzenger@hawaii.rr.com
Barry D. Edwards    barrydedwards@gmail.com
Clare E. Connors    clare.connors@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov, cheri.abing@usdoj.gov

**1:02-cr-133-5 Notice will not be electronically mailed to:**