ORIGINAL

Royal L. Hardy
# 83346022
FCI OAKDALE
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 5000
OAKDALE, LA 71463

Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 07 2008

at ___ o'clock and ___ ___ M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-02-00133-ER/BMK |
| Plaintiff, | DEFENDANTS |
| vs. | **JUDICIAL NOTICE I** |
| Royal L. Hardy, | AND |
| Defendant | DEMAND FOR EVIDENCE OF AUTHORITY, STANDING AND JURISDICTION |

Defendant, Royal L. Hardy, hereby files this **Judicial Notice I**, which is defendants Official Notice and Demand for Authority, Standing and Jurisdiction, which under the rules of evidence provides this court, all court officers, agents and employees, as well as the "United States" attorney, official notice of same.

Defendants **Judicial Notice I** is formal demand upon the "United States" and all interested parties to file into the official court record of the instant case certified documentary evidence to any and all of the following evidenced facts as presented under authority, standing and jurisdiction. The failure of any of the above noted parties to address and rebut to the contrary any of the following facts will be accepted by defendant as evidence that all the stated

- 1 -

facts are true and correct and defendant will rely upon them as evidence in any future court proceedings as true and correct.

## AUTHORITY, STANDING AND JURISDICTION

Defendant contends, and all evidence submitted to this court as of the filing of this **Judicial Notice I** supports defendants position, that jurisdiction authority is lacking as to the United States of America (USA), the United States District Court (USDC), and the "United States" Attorney, as follows:

1. USA – No statutory authority to be plaintiff
   This court and the U.S. Attorney have unlawfully commenced an action at law with the "United States of America" as plaintiff when there is no USC statute that gives this court or the U.S. Attorney authority to commence any action with the USA as plaintiff.

2. USA – No statutory authority for either civil or criminal
   This court and the U.S. Attorney have unlawfully commenced an action at law with the "United States of America" as plaintiff but have failed to identify any USC statute that gives this USDC either civil or criminal jurisdictional authority in any action with the USA as plaintiff.

3. USA – No standing per Supreme Court requirement
   This court and the U.S. Attorney have unlawfully commenced an action at law "fronting" a fictional geographical "United States of America" as plaintiff yet providing no evidence of personal injury or "injury in fact" as one of the Supreme Courts requirements to have standing in a district court.

4. USDC – No statutory criminal jurisdiction
   Neither this court nor the U.S. Attorney have provided evidence of a USC statute that gives this USDC authority to adjudicate (1) a criminal action, or (2) a criminal action against a citizen of a state of the union.

5. USDC – Is not a DCUS with "Judicial Power"
   This court and the U.S. Attorney have unlawfully and without criminal statutory authority to do so, commenced a criminal action outside the territorial jurisdiction of the "United States" against a citizen of a state of the union in a territorial USDC with legislative authority and not a Constitutional Article III district court of the United States (DCUS) with "Judicial Power" authority.

6. USDC – Wrong "venue" for a Citizen of a State of the Union
   This court and the U.S. Attorney have unlawfully commenced a criminal action against a citizen of a state of the union in a territorial legislative USDC when the proper venue is a Constitutional Article III DCUS where only Constitutional lawfully enacted "laws of the United States" are applied.

7. <u>Defendant – No personal jurisdiction</u>
   This court and the U.S. Attorney have provided <u>no</u> evidence on the court record identifying <u>any</u> USC statute that gives this USDC or the U.S. Attorney personal jurisdiction over defendant, a Citizen of the Sovereign State of Hawaii.

8. <u>Defendant – No legislative jurisdiction</u>
   This court and the U.S. Attorney have provided <u>no</u> evidence as to statutory legislative (subject-matter) jurisdiction over defendant and the USC shows that all alleged statutory violations are "Acts of Congress" and have <u>no</u> legislative application to defendant, a citizen of the Sovereign State of Hawaii.

Failure of any of the above parties mentioned in this **Judicial Notice I** to reply or respond with certified documented evidence or proof to the contrary as to any of the statements, facts or evidence presented and contained herein within <u>twenty-one</u> (21) days will be silent admission that all statements, facts and evidence contained herein is true and correct as filed with this court and that all parties have accepted same.

Additionally, failure to address all of the above jurisdictional issues, or to move forward on this action without addressing all of the above jurisdictional issues, will provide evidence that the prosecution in this action is based upon an impermissible motive and this court is demonstrating extreme prejudice as the prosecution and this court would be moving forward under the "power", or "color of law", to prosecute, which would be a clear violation of defendants rights, which are secured by the Constitution of the United States.

Pursuant to **Title 28 USC § 1746**, I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this _15_ day of _April_, 2008.

_Royal L. Hardy_
Defendant Royal L. Hardy

- 3 -

## CERTIFICATE OF SERVICE

I, Royal L. Hardy, the Defendant in this action, do hereby certify that on this date I served a copy of the foregoing:

DEFENDANTS – **JUDICIAL NOTICE I** –
AND DEMAND FOR EVIDENCE OF AUTHORITY,
STANDING AND JURISDICTION

Upon the following by placing same in the United States mail, first class, postage prepaid:

U.S. Attorney's Office
300 Ala Moana Blvd., Rm 100
Honolulu, HI 96850


I certify, under penalty of perjury, that the foregoing is true and correct. Executed this 5th day of May, 2008.

*Royal L. Hardy/kc*
Defendant Royal L. Hardy

- 4 -