ORIGINAL

Royal L. Hardy
# 83346022
FCI OAKDALE
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 5000
OAKDALE, LA 71463

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 07 2008

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-02-00133-ER/BMK |
| Plaintiff, | DEFENDANTS |
| vs. | **JUDICIAL NOTICE II** |
| Royal L. Hardy | ENTERING DEFENDANTS DECLARATION AND |
| Defendant | AFFIDAVIT INTO EVIDENCE |

Defendant, Royal L. Hardy, hereby files this **Judicial Notice II** entering defendants Declaration and Affidavit into evidence of the above noted case.

Defendants Declaration and Affidavit is Judicial Notice of Evidence to this court, all court officers, agents and employees, as well as the "United States" attorney.

Defendant re-asserts all evidence, facts, and attachments that were evidenced to this court in defendants previously filed Judicial Notices. As of the filing date of this **Judicial Notice II**, defendant has failed to receive any reply from this court, plaintiff, or U.S. Attorney, that rebuts any of the evidence provided this court in defendants previously filed Judicial Notices, thereby is acceptance as silent admission that all evidence, facts and attachments of defendants Judicial

Notices are true and correct as this court in its silence has admitted either admission or fraud, as per, **United States v. Prudden**, 424 F. 2d. 1021 (1970), where the court said, "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading".

Defendants **Judicial Notice II** is formal notice upon this court, plaintiff, and the U.S. Attorney, that defendants certified Declaration and Affidavit is true and correct and defendant will rely upon them as evidence in any future court proceedings as true and correct.

Failure of any of the above parties mentioned in this **Judicial Notice II** to reply or respond with certified documented evidence or proof to the contrary as to any statements, facts or evidence presented and contained herein within twenty-one (21) days will be silent admission that all statements, facts and evidence contained herein is true and correct as filed with this court and that all parties have accepted same.

Pursuant to **Title 28 USC § 1746**, I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this _15_ day of _April_, 2008.


_Royal L. Hardy_
Defendant Royal L. Hardy

- 2 -

CERTIFICATE OF SERVICE

I, Royal L. Hardy, the Defendant in this action, do hereby certify that on this date I served a copy of the foregoing:

DEFENDANTS - - **JUDICIAL NOTICE II ENTERING DEFENDANTS DECLARATION AND AFFIDAVIT INTO EVIDENCE**

Upon the following by placing same in the United States mail, first class, postage prepaid:

U.S. Attorney's Office
300 Ala Moana Blvd., Rm 100
Honolulu, HI 96850

Attorney for Plaintiff

I certify under penalty of perjury, that the foregoing is true and correct. Executed this 5th day of May, 2008.

*Royal L. Hardy*
Defendant Royal L. Hardy