ORIGINAL

Royal L. Hardy
# 83346022
FCI OAKDALE
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 5000
OAKDALE, LA 71463

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 07 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-02-00133-ER/BMK |
| | ) |
| Plaintiff, | ) DECLARATION OF DEFENDANT |
| | ) PROVIDING EVIDENCE THAT UNITED |
| vs. | ) STATES AND THIS COURT LACKS |
| | ) PERSONAL JURISDICTION OVER |
| Royal L. Hardy | ) DEFENDANT |
| | ) |
| Defendant | ) |
| | ) |

DECLARATION OF ROYAL LAMARR HARDY

1.    I, Royal L. Hardy, declare as follows:

2.    I was born in Moses Lake, Washington, on August 2, 1955.

3.    My current residence of the State of Hawaii.

4.    I am not an employee as per 26 CFR, Section 31.3401(c)-1.

5.    I am not a "federal citizen" associated with the United States or the United States of America in any way.

6.    I am not a citizen of the "United States" as the "United States" is defined at **Title 18 USC § 5**.

7.    I am not a citizen of the "United States", a federal corporation, as defined at **Title 28 USC § 3002 (15)(a)**.

– 1

8.    I am not a national of the United States as defined at **Title 8 USC § 1101(a)(22)**.

9.    As per the original Constitution by "we the people", I consider myself a citizen of the geographical United States of America.

10.   My United States of America passport shows my nationality as United States of America.

11.   I am not a 14th amendment citizen subject to the jurisdiction thereof.

12.   As per 15 statutes at large, Chapter 249, Section 1, enacted July 27, 1868, I am not now and have never been a United Sates citizen and if the United States claims such citizenship, I hereby renounce such citizen ship and declare and claim citizenship as an American inhabitant and a citizen and inhabitant of the Sovereign Republic of Hawaii.

13.   As to any action of Congress in enacting the 14th and 15th Amendment to the Constitution of the United States, if either of these amendments deprive me of rights and privileges that were secured by the original Constitution of the United States for the United States of America, that amendment or that part of the amendment shall be held to be unconstitutional. See **Marbury v. Madison**, 5 US 147 (1803), where the U.S. Supreme Court said, "Any act repugnant to the Constitution is null and void".

14.   My social security number, obtained as a minor in order to obtain work in the sovereign state of Hawaii, is not a contract or agreement to become a citizen of the United States.

15.   I have no written or unwritten contract or agreement of any type with the United States or the government of the United States.

16.   I have never entered into any type of contract or agreement with anyone public or private that affects interstate commerce between States of the Union.

17.   I do not live or reside in any territory of the United States, as defined at **Title 18 USC § 7**, and am not under any United States jurisdictional authority except as to the original Constitution of 1787 and any lawfully enacted "Law of the United States" as per **Article I § 8.18** of that Constitution.

18.   I am not property of the United States, United States of America or any agency thereof.

19.   I am not surety, guarantor or actor of any fiction or property owned or created by the United States, United States of America or any agency thereof.

20.   I deny that any registration of the birth of Royal Lamarr Hardy on August 2, 1955, in Moses Lake, in Washington, by the United States Department of Commerce or the Bureau of the Census has in any way created or entered Royal LaMarr Hardy or any other spelling or version of the name Royal LaMarr Hardy into any type of patent, copyright, commerce contract or agreement, or any other oral, written or unwritten contract or agreement that has given the United States government or any agency thereof

permission or authority to use, utilize, or claim ownership or property rights to the name Royal LaMarr Hardy and makes any and all claims to ownership or property rights, by the United States government or any agency thereof, to or under any version of the name Royal LaMarr Hardy, born August 2 1955 in Moses Lake, in Washington, void ab initio.

I declare under penalty of perjury under the laws of the State of Hawaii.

that the foregoing is true and correct and that this declaration was executed this _15_ day of

_April_ ,2008

_Royal Hardy_
Defendant/Royal L. Hardy

1

## CERTIFICATE OF SERVICE

2

3        I, Royal L. Hardy, the Defendant in this action, do hereby certify that

on this date I served a copy of the foregoing:

4

5        DEFENDANTS - - **DECLARATION OF DEFENDANT PROVIDING EVIDENCE**
**THAT UNITED STATES AND THIS COURT LACKS PERSONAL JURISDICTION**
**OVER DEFENDANT**

6

7               ENTERING POINTS AND AUTHORITIES ON
                FEDERAL JURISDICTION INTO EVIDENCE

8

9    Upon the following by placing same in the United States mail, first class, postage prepaid:

10

11        U.S. Attorney's Office
          300 Ala Moana Blvd., Rm 100
          Honolulu, HI  96850

12        Attorney for Plaintiff

13

14

15

16        I certify under penalty of perjury, that the foregoing is true and correct.  Executed this

17    5th day of  May, 2008.

18

19

20                                   _Royal L. Hardy_
                                     Defendant Royal L. Hardy

21

22

23

24

25

- 4