ORIGINAL

Royal L. Hardy
# 83346022
FCI OAKDALE
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 5000
OAKDALE, LA 71463

Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 07 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-02-00133-ER/BMK |
| Plaintiff, | DEFENDANTS |
| vs. | SUPPORTING AFFIDAVIT AS TO PERSONAL AND |
| Royal L. Hardy | LEGISLATIVE JURISDICTION |
| Defendant | |

AFFIDAVIT OF ROYAL L. HARDY

I, Royal L. Hardy, do swear, depose, and state as fact and evidence as follows:

1. I am the defendant in the above action and am fully familiar with the facts in this case, but only as the United States has presented those facts.

2. I am a citizen and resident of the Sovereign State of Hawaii.

3. I have never lived, worked, or been employed, in any of the area the United States, per **Title 18 USC § 7**, has territorial jurisdictional authority over in the area the United States District Court (USDC) identifies as the District of Hawaii.

4. I have never been provided evidence as to the "situs" of any alleged USC statute violation that may have occurred in the District of Hawaii.

5. I have never been provided evidence as to the "situs" of any alleged USC statute violation that may have occurred within the territorial jurisdiction authority of the United States as identified at **Title 18 USC § 7**.

- 1 -

6. I have never been provided evidence that I have violated the Constitution or a "Law of the United States" pursuant thereof.

7. I have never violated a USC statute that legislatively applied to me.

8. I have never been provided evidence as to any USC statute that gives this USDC criminal jurisdiction authority to adjudicate this action.

9. I have never been provided evidence as to any USC statute that gives the Justice Department, the United States Attorney General, the United States Attorney, or any other attorney or United States agency, authority to represent the "United States of America" in a USDC or other federal court.

10. I have never been provided evidence as to any USC statute that gives authority to any United States agency, organization, or individual, to commence a civil or criminal action with the "United States of America" as plaintiff.

11. I have never been provided evidence that the "United States of America" is anything other than a geographical area that has no ability to sue, be sued, or contract with anyone.

12. I have never personally seen, or been able to confront my accuser, the plaintiff, the "United States of America".

13. I have never been provided evidence that the plaintiff has ever personally been present at any court proceeding or has entered declarations, affidavits, statements, facts or evidence into the official court record.

14. I have never been provided evidence that the "United States" has jurisdictional authority in any State of the Union except for territorial areas identified at **Title 18 USC § 7.**

15. I have never been provided evidence that the plaintiff, "United States of America", has suffered a personal injury, an "injury in fact", or meets any of the Supreme Courts requirements to have "standing" in a federal court.

16. I have never been provided evidence that the "United States" Attorney presented evidence to the Grand Jury that proved to the Grand Jury that the "United States" Attorney had statutory authority to represent the "United States of America".

17. I have never been provided evidence that the United States Attorney presented evidence to the Grand Jury that proved that the "United States" had personal or legislative (subject-matter) jurisdictional authority over the accused.

18. I have never been provided evidence that the Federal Rules of Criminal Procedure has any application to a citizen of a State of the Union unless that citizen is brought into a USDC due to a violation of the Constitution or a Law of the United States pursuant thereof.

19. I have never knowingly, willfully, voluntarily or intentionally entered into the jurisdiction authority of the United States or a United States District Court.

20. I have never knowingly, willfully, voluntarily or intentionally entered a plea of innocent or not guilty with the understanding that such plea would enter me into the jurisdiction authority of the United States or a United States District Court.

21. I have never been informed orally or in writing by the United States, United States District Court or by counsel that a plea of innocent or not guilty would enter me into the jurisdiction authority of the United States or a United States District Court.

Pursuant to **Title 28 USC § 1746**, I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this __15__ day of _April_, 2008.

_Royal F. Hardy_
Defendant Royal L. Hardy

- 3 -

CERTIFICATE OF SERVICE

I, Royal L. Hardy, the Defendant in this action, do hereby certify that on this date I served a copy of the foregoing:

DEFENDANTS - - **SUPPORTING AFFIDAVIT AS TO PERSONAL AND LEGISLATIVE JURISDICTION**

Upon the following by placing same in the United States mail, first class, postage prepaid:

U.S. Attorney's Office
300 Ala Moana Blvd., Rm 100
Honolulu, HI 96850

Attorney for Plaintiff

I certify under penalty of perjury, that the foregoing is true and correct. Executed this 5th day of May, 2008.

*Royal L. Hardy Jr.*
Defendant Royal L. Hardy

- 4 -