ORIGINAL

Royal L. Hardy
# 83346022
FCI OAKDALE
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 5000
OAKDALE, LA 71463

Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 07 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-02-00133-ER/BMK |
| Plaintiff, | DEFENDANTS |
| vs. | **JUDICIAL NOTICE III** |
| Royal L. Hardy | ENTERING POINTS AND AUTHORITIES ON FEDERAL |
| Defendant | JURISDICTION INTO EVIDENCE |

    Defendant, Royal L. Hardy, hereby files this **Judicial Notice III** entering Points and Authorities on Federal Jurisdiction into evidence of the above noted case.

    These Points and Authorities are Judicial Notice of Evidence to this court, all court officers, agents and employees, as well as the "United States" attorney.

    Defendant re-asserts all evidence, facts, and attachments that were evidenced to this court in defendants previously filed Judicial Notices. As of the filing date of this **Judicial Notice III**, defendant has failed to receive any reply from this court, plaintiff, or U.S. Attorney, that rebuts any of the evidence provided this court in defendants previously filed Judicial Notices, thereby is acceptance as silent admission that all evidence, facts and attachments of defendants Judicial

- 1 -

1  Notices are true and correct as this court in its silence has admitted either admission or fraud, as
2  per, **United States v. Prudden**, 424 F. 2d. 1021 (1970), where the court said, "Silence can only
3  be equated with fraud where there is a legal or moral duty to speak or where an inquiry left
4  unanswered would be intentionally misleading".
5      Defendants **Judicial Notice III** is formal notice upon this court, plaintiff, and the U.S.
6  Attorney, that all the submitted Points and Authorities are true and correct and defendant will
7  relay upon them as evidence in any future court proceedings as true and correct.
8      Failure of any of the above parties mentioned in this **Judicial Notice III** to reply or
9  respond with certified documented evidence or proof to the contrary as to any statements, facts
10 or evidence presented and contained herein within twenty-one (21) days will be silent admission
11 that all statements, facts and evidence contained herein is true and correct as filed with this court
12 and that all parties have accepted same.
13
14     Pursuant to **Title 28 USC § 1746**, I declare under penalty of perjury, under the laws of
15 the United States of America, that the foregoing is true and correct. Executed this _15_ day of
16 _April_, 2008.
17
18
19 _Royal J. Hardy_
20 Defendant Royal L. Hardy

# CERTIFICATE OF SERVICE

I, Royal L. Hardy, the Defendant in this action, do hereby certify that on this date I served a copy of the foregoing:

DEFENDANTS - - **JUDICIAL NOTICE III**

ENTERING POINTS AND AUTHORITIES ON
FEDERAL JURISDICTION INTO EVIDENCE

Upon the following by placing same in the United States mail, first class, postage prepaid:

U.S. Attorney's Office
300 Ala Moana Blvd., Rm 100
Honolulu, HI 96850

Attorney for Plaintiff

I certify under penalty of perjury, that the foregoing is true and correct. Executed this 5th day of May, 2008.

*Royal L. Hardy/a*
Defendant Royal L. Hardy