Royal L. Hardy
# 83346022
FCI OAKDALE
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 5000
OAKDALE, LA 71463

DEFENDANT

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-02-00133-ER/BMK |
| Plaintiff, | POINTS AND AUTHORITIES ON |
| vs. | ACT OF CONGRESS |
| Royal L. Hardy | vs. |
| Defendant | LAW OF THE UNITED STATES |

MEMORANDUM OF LAW

ISSUES ADDRESSED IN THESE POINTS AND AUTHORITIES

1. What federal (United States) criminal statutory law applies to a citizen of a sovereign State of the Union?

2. What is an "**Act of Congress**"?

3. What is a "**Law of the United States**"?

"We the people", through the constitution of the United States of America, gave Congress

(United States) the authority to pass statutory laws that apply to citizens of States of the Union at **Article I § 8.18**, and are referred to as "**laws of the United States**". A lawfully enacted <u>law of the United States</u> is the only constitutional federal law that applies to a citizen of a state of the union (state zone citizen). The constitution also gave Congress (United States) the authority to pass constitutional statutory laws under their exclusive power at **Article I § 8.17**, that only applies to the District of Columbia, maritime, and other territorial jurisdictions (federal zone citizen), as defined at **Title 18 USC § 7**. These laws are referred to as "**Acts of Congress**". "**Acts of Congress**" are territorial and do not apply to citizens of States of the Union, but a lawfully enacted "**law of the United States**", that complies with Constitutional guarantee's and does not infringe upon the rights reserved to the states and the people, will apply to a citizen of a State of the Union. Let us address how a Federal District Court gets the authority to apply either an "**Act of Congress**" or a "**Law of the United States**" to an accused and determine which one has legislative application. It is a four (4) step process as follows:

1. Identify the statute that gives the court authority to adjudicate the matter. This would be like **Title 28 USC § 1331** for civil matters.
2. Identify the subject-matter statute that the accused is alleged to have violated. This would be like **Title 18 USC § 1111** for murder or **Title 18 USC § 371** for conspiracy.
3. Identify the subject-matter statute as either an "Act of Congress" or a "Law of the United States".
4. **Most important** – does the subject-matter statute have legislative application to the accused. Remember, an "Act of Congress" does not apply to a "state zone" citizen.

<u>Step One</u>

In order for a federal court to have authority to adjudicate a matter, Congress must give the court that authority through a USC statute. <u>No</u> statute! - - - equals - - - <u>N0</u> authority! In **Kokkonen v. Guardian life ins. Co.**, 511 US --, 128 L Ed 2d 391 (1994), the Supreme Court said, "Federal Courts are courts of limited jurisdiction. They possess only that power authorized by Constitution and statute". It is very clear. <u>No</u> statute! - - - equals - - - <u>No</u> authority! For civil matters this is usually identified at **Title 28 USC § 1331**. However, there is <u>no</u> statute in the USC that gives the court "criminal" jurisdiction.

Step Two

Once the court has statutory authority to adjudicate the matter, then it must have jurisdiction of the subject-matter of the alleged violation, which is identified by a USC statute such as murder at **Title 18 USC § 1111** or conspiracy at **Title 18 USC § 371**.

Step Three

This is the step where all federal courts really start to violate the Constitutional rights of a "state zone" citizen. Since the Congressional reorganization of the courts in 1948, all district courts will treat all who enter the court room in a "criminal" matter as a "federal zone" citizen, or a territorial citizen, or a District of Columbia citizen, but <u>never</u> as a "state zone" citizen. The court has no "criminal" jurisdictional authority over a "state zone" citizen so they force you to enter the court and plea where you are now treated like a "federal zone" citizen where the court has plenary authority. This means that a federal district court will <u>unlawfully apply</u> "**Acts of Congress**" to a "<u>state zone</u>" <u>citizen</u>.

Step Four

Assuming that all USC statutes are Constitutional, legislative jurisdiction is identifying the statutes that only apply to you. Only lawfully enacted "**laws of the United States**" apply to a "state zone" citizen. "**Acts of Congress**" do not apply. The court will refuse or play dumb when you ask the court to identify the statute as either an "**Act of Congress**" or a lawfully enacted "**Law of the United States**", and will even try and confuse and "muddy the water" by telling you that all statutes are laws of the "<u>United States</u>". You must always rebut the court with, "Is that a lawfully enacted "**Law of the United States**" under Constitutional authority at **Article I § 8.18**?" Prior to a court appearance it is a good idea to send Freedom of Information Act (FOIA) requests to the House and Senate Judiciary Committee - - - after all, they are the ones enacting them. You might also send a FOIA to the judge and the U.S. Attorney, as they are the ones accusing and adjudicating the matter - - - after all, they are the ones applying the law and

remember the old adage, ignorance of the law is no excuse, so how can you apply the law to me if you do not know what it is?

One may question, what is this thing called an "enacting clause"? Black's Law Dictionary defines enacting clause as:

> "The part of a statute stating the legislative authority by which it is made and when it takes effect."

Congress has seen fit to provide a statute for "**Acts of Congress**" at **Title 1 USC § 101**, as follows:

**§101** – Enacting Clause
The enacting clause of all Acts of Congress shall be in the following form: "Be it enacted by the Senate and House of Representatives of the United States of America in Congress Assembled."

This means that every "**Act of Congress**" enacted into law should be written in the Congressional Record using the language from **Title 1 USC § 101**. Congress seems to have overlooked providing a statute in the code that identifies the official language that should be used to enact a "**law of the United States**". Under the "preponderance of evidence standard", one may want to assume that the correct wording and language is as shown later in these authorities in the Congressional Enacting Clause in **Title 18 USC § 470**.

In order to understand the difference between an **Act of Congress**, and a **law of the United States**, one needs to look at the definition provided by Congress. Of course, there is none. So let us look in Black's Law Dictionary, and, of course, there is none there either. One would think a statutory law that can imprison an individual for a number of years would definitely have a definition or explanation as to what it was, how it functioned, or who was required to comply with it.

In law, sometimes it is easier to find the meaning of a statute by eliminating what is not, instead of looking for what is. In other words, coming in the back door instead of the front. Prior to the year 2003, the Federal Rules of Criminal Procedure (F.R.Cr.P.) Rule 54(c) stated as follows:

- 4 -

> Rule 54(c) – Application of terms. As used in these rules the following terms have the designated meanings.
>
> "Act of Congress" includes any Act of Congress locally applicable to and in force in the District of Columbia, in Puerto Rico, in a territory or in an insular possession.

This "designated meaning" alone tells the reader that an "**Act of Congress**" has no application in a State of the Union. In the year 2002, the Congressional Rules Committee transferred the entire Rule 54 to Rule 1 where an **Act of Congress** "designated meaning" seems to have disappeared. Under the Advisory Committee notes on Rule 1, it states as follows for the "new" F.R.Cr.P. Rule 1(b):

> Rule 1 (b) is composed of material currently located in Rule 54(c), with several exceptions. First, the reference to an "Act of Congress" has been deleted from the restyled rules; instead the rules use the self-explanatory term "federal statute".

This means, every time you see the term "federal statute" used in these rules, it really means an "**Act of Congress**" which has no application to a citizen of a state of the union. It is important to understand the language the federal government (United States) uses in these rules and the United States Code.

The "United States of America" is a geographical area that has a star on our "American" flag for each state of the union, which includes Hawaii and Alaska. The District of Columbia, which has no star on the "American" flag, is also known as the "United States". The name "United States" as used in the F.R.Cr.P. and defined in Title 18 USC (Criminal Code) at **Title 18 USC § 5** is as follows:

> **§ 5** – United States defined
>   The term "United States", as used in this title in a territorial sense, includes all places and waters, continental or insular, subject to the jurisdiction of the United States, except the Canal Zone.

**Title 18 USC § 7**, which defines the special maritime and territorial jurisdiction of the "United States", is very clear where it states the "United States" has jurisdiction in admiralty, the high seas, District of Columbia, and other insular possessions but not in any State of the Union

unless that land was "ceded" to the "United States" by the legislatures of that particular state of the union.

**Title 18** is the "United States" Criminal Code.. This means that every time the "**United States**" is used in any statute in **Title 18** it means territory---as defined at **Title 18 USC § 7**---which is <u>not</u> any place or location in a state of the union except where the state has "ceded" jurisdiction to the United States such as in military bases, federal buildings, or maritime. **Title 18** is 100% territorial except for counterfeiting, treason, or piracy and related subjects.

The constitution is the base for all law in America so lets see how the constitution addresses an **Act of Congress** or a **law of the United States**. One finds that the constitution never uses the term or refers to an **Act of Congress**, but it does refer to a **law of the United States** as follows:

**Article III Section 2**

The judicial power shall extend to all cases, in law and equity, arising under this constitution, the laws of the United States, and treaties, or which shall be made, under their authority; ---

**Article VI**

This constitution, and the laws of the United States which shall be made in pursuance thereof; --under the authority of the United States, shall be the supreme law of the land; --

The conclusion one gets from the above information is that a **law of the United States** is constitutional. That is true, but an **Act of Congress** is also constitutional. So what is the difference? The difference being that a **law of the United States** is passed by Congress under **Article I § 8.18** authority and enacted into law in compliance with constitutional protection as it applies to citizens of states of the union (California, New York, Texas, etc.) where an **Act of Congress** passed under **Article I § 8.17** authority does not provide any constitutional protection to a citizen of a State of the Union.

Again, it is the constitution that gives Congress the authority to make and enact laws so one should know exactly what **Article I § 8.17** and **§ 8.18** give Congress the authority to do:

**Section 8 Clause 17**
To exercise exclusive legislation in all cases whatsoever, over such district (not exceeding ten miles square) as may, by cession of particular states, and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dock-yards, and other needful buildings; and

**Section 8 Clause 18**
To make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this constitution in the government of the United States, or in any department or office thereof.

**Clause 17** is exclusive, like a dictator, Congress does not need approval of "we the people" or of legislatures of any state of the union - - - of course, these laws do not apply to "we the people".

**Clause 18** is "**to make all laws vested by this constitution**". These laws would apply to "we the people" but Congress must not pass or enact any laws under this authority that exceed or go beyond the limits or authority the constitution gave Congress.

It is important to understand and move with great caution when one claims that a statute in the United States Code is unconstitutional. Numerous court cases have been lost because they failed to understand that all statutes passed by Congress are constitutional. The challenger must not question the constitutionality of the statute, but must instead demand the government to identify the statute as either an "**Act of Congress**" or a lawfully enacted "**law of the United States**". The challenge then to the court is to provide evidence of "**legislative jurisdiction**" which will require the court to show that they are applying a "**law of the United States**" and not an "**Act of Congress**" to the Defendant.

Let us take for instance "murder", which is in the criminal code at **Title 18 USC § 1111**. This statute is an "**Act of Congress**", it is not a lawfully enacted "**law of the United States**". It therefore only has application by the federal courts in the District of Columbia and territories of

the United States as defined at **Title 18 USC § 7**. If you commit "murder" in a state of the union, you will be subject to that states "penal" code on the charge of "murder". The only time the federal statute, **Title 18 USC § 1111**, has application to you is if you commit "murder", in the District of Columbia, on federal property, or other territories as defined at **Title 18 USC § 7**. It is very important to establish the "situs" of the crime as that is where jurisdiction is established. Was the crime committed on federal land, as per **Title 18 USC § 7**, or on land in a state of the union where the "United States" has no jurisdiction?

Ask yourself why the United States does not enter into a state of the union and claim jurisdiction over every murder committed in that state. To add fuel to the fire, what if that murder was committed with a firearm that the United States will then claim traveled, or the ammunition traveled, through interstate commerce and therefore gives the Untied States "criminal" jurisdiction. The United States seems to pick and choose which "murders" it wants to hear and leave the rest for the state to handle. This could be called "selective prosecution". The United States has become a master at this deceit the way it uses its constitutional authority to regulate commerce, which is civil, and then uses the commerce clause authority to claim "criminal" jurisdiction. The question still remains, is the United States attempting to apply an "**Act of Congress**" or a lawfully enacted "**law of the United States**"?

To understand how the terminology of an "**Act of Congress**" and a "**Law of the United States**" came to be identified as a "law", we need to see how congress references it in the statues. At **Title 28**, which is the judiciary and judicial procedure of the United States Code, at part IV – Jurisdiction and Venue, **Title 28 USC § 1366** reads as follows:

> **§ 1366** – Construction or references to laws of the United States or Acts of Congress.
>
> For the purposes of this chapter, references to laws of the United States or Acts of Congress do not include laws applicable exclusively to the District of Columbia.

This clearly identifies three different laws that the federal court system must adjudicate. For these Points and Authorities the laws applicable exclusively to the District of Columbia will not be addressed. That leaves us with **laws of the United States** and **Acts of Congress**.

The Constitution gave Congress the authority to provide for punishment of three specific crimes, --- counterfeiting, piracy, and treason, at the following locations;

Article I, Section 8, Clause 6 – Counterfeiting
Article I, Section 8, Clause 10 – Piracy
Article III, Section 3, Clause 2   Treason

There are no other provisions in the constitution that give Congress the authority to pass laws that punish as they would apply to a citizen of a state of the union. All those powers are reserved to the states respectively, or to the people, as the tenth amendment clearly states. But Congress does have authority for additional punishment through **Acts of Congress** that apply exclusively to the District of Columbia, maritime, and territories as stated at **Title 18 USC § 7**. The constitution gave Congress this dictator like power at **Article I § 8.17**, but only as it applies to the District of Columbia, maritime, and territories.

Let us review one of the constitutional punishment crimes that Congress has the authority to pass and enact as a "**law of the United States**", and when properly enacted will apply to citizens of states of the union. **Title 18** USC, Chapter 25—Counterfeiting and Forgery, Sections § 470 through 514. **Title 18 USC § 470** is as follows:

**§ 470** – Counterfeit acts committed outside the United States

Historical and Statutory Notes

Combating International Counterfeiting of United States Currency
  Pu B.L. 104-132, Title VIII, § 807, Apr. 24, 1996, 110 Stat. 1308, provided that:

(f) Findings.- The Congress hereby finds the following:

  (1) United States currency is being counterfeited outside the United States.

  (2) The one hundred third Congress enacted, with the approval of the president on September 13, 1994, Section 470 of Title 18, United States Code [this section], making such activity a crime under the laws of the United States.

- 9 -

The above is clearly a "**law of the United States**" and Congress is well within their authority to enact it as a "**law of the United States**". Number (1) above is a reminder that outside the "United States" means outside the territorial jurisdiction of the "United States", as per **Title 18 USC § 5 and § 7**, which would mean in the States of the Union. The same would apply to any law (statute) as it applies to piracy or treason.

**Title 18** has a couple of other chapters, like Chapter 50-Gambling and Chapter 111-Shipping, that refer to **laws of the United States**. A closer look shows that under Gambling it is in reference to "American vessels" (gambling vessels) documented under the laws of the United States, and under shipping the reference is to any vessel registered under the laws of the United States. Both of these areas go back to the congressional authority under piracy and maritime jurisdiction.

Why is it that under criminal law in **Title 18** there is no reference to a "**law of the United States**" when it comes to crimes like arson, conspiracy, extortion, firearms, fraud, kidnapping, money laundering, murder, obstruction of justice, racketeering, robbery, and terrorism. Maybe it is because they are all "**Acts of Congress**" and only apply to federal citizens and residents of the District of Columbia and territories as addressed at **Title 18 USC § 7**.

So how does the federal government (United States) get federal criminal jurisdiction over "you", a citizen of a state of the union, in a criminal matter? Remember, there are many, many civil matters that have been enacted as a **law of the United States**. Starting with "civil", Congress gave the courts jurisdiction over civil matters at **Title 28**, Part IV – Jurisdiction and Venue, as follows:

**Title 28 USC**
   Chapter 85. -District Courts; jurisdiction
      **§ 1331**. - Federal question

> The district courts shall have original jurisdiction of all civil actions arising under the constitution, laws, or treaties of the United States.

This statute seems to be very clear when it says <u>all</u>, then civil actions, then under the constitution, and though separated by "or treaties", it does say, "**<u>under the laws of the United States</u>**". Once again, even though the statute says "<u>ALL</u>", one must remember that the federal government (United Sates) has <u>no</u> jurisdiction authority in any state of the union except on land that the state has "ceded" to the United States for use as military bases, federal buildings, or maritime as stated at **<u>Title 18 USC § 7</u>**.

Moving from civil jurisdiction (Title 28) to criminal jurisdiction (Title 18), one finds that Congress has <u>never</u> granted any district court <u>criminal</u> jurisdiction. There is no statute that grants the district courts <u>criminal</u> jurisdiction over any "<u>Act of Congress</u>" or a "<u>law of the United States</u>". The only statutory grant of jurisdiction authority is listed at **<u>Title 18</u>**, Part II, Chapter 211 – Jurisdiction and Venue, at **<u>Title 18 USC § 3231</u>** as follows:

**§ 3231** – District Courts

> The district courts of the Untied States shall have original jurisdiction, exclusive of the courts of the states, of all offenses against the laws of the United States.

The interpretation of this statute is that the district courts of the United States have original jurisdiction (both civil and criminal) of all offenses against the **<u>laws of the United States</u>**. As to criminal matters, it would only apply to statutory crimes that were "**<u>laws of the United States</u>**" such as counterfeiting, piracy and treason, but not "**<u>Acts of Congress</u>**" such as murder, conspiracy, firearms, rape, fraud, etc. Until such time that an "**<u>Act of Congress</u>**" further meets constitutional guarantees and Congress enacts it into law as a "**<u>law of the United States</u>**", no "**<u>Act of Congress</u>**" will apply to a citizen of a state of the union as it fails to meet **<u>constitutional legislative jurisdictional</u>** requirements.

The Supreme Court will not rule on the constitutionality of an **Act of Congress**. They have no need as an **Act of Congress** does not apply to a citizen of a state of the union. If the United States attempts to apply an **Act of Congress** to a citizen of a state of the union then you have a question of **legislative jurisdiction**, or the lack of **legislative jurisdiction**, and the Supreme Court would be asked to rule on that issue.

Pursuant to **Title 28 USC ¶ 1746,** I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 15th day of April, 2008.

_____
Defendant Royal L. Hardy.

CERTIFICATE OF SERVICE

I, Royal L. Hardy, the Defendant in this action, do hereby certify that on this date I served a copy of the foregoing:

DEFENDANTS - - POINTS AND AUTHORITIES ON <u>ACT OF CONGRESS</u> vs. <u>LAW OF THE UNITED STATES</u>

Upon the following by placing same in the United States mail, first class, postage prepaid:

U.S. Attorney's Office
300 Ala Moana Blvd., Rm 100
Honolulu, HI 96850

Attorney for Plaintiff


I certify under penalty of perjury, that the foregoing is true and correct. Executed this 5th day of May, 2008.


*[signature]*
Defendant Royal L. Hardy