ORIGINAL

Royal L. Hardy
# 83346022
FCI OAKDALE
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 5000
OAKDALE, LA 71463

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 07 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

DEFENDANT

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-02-00133-ER/BMK |
| Plaintiff, | POINTS AND AUTHORITIES ON |
| vs. | UNITED STATES |
| Royal L. Hardy | vs. |
| Defendant | UNITED STATES OF AMERICA |

---

## MEMORANDUM OF LAW

### UNITED STATES vs. UNITED STATES OF AMERICA

### I.    WHO IS THE "UNITED STATES"?

February 21, 1871 – Congress passes an act to provide a government for the District of
Columbia, known as the Act of 1871. See Acts of the Forty-First Congress, Section 34, Session
III, Chapters 61 & 62. The Act of 1871 formed a corporation called the "**United States**".  In the
United States Code (USC), at **Title 28 USC § 3002**, under Definitions it states:

> **§ 3002** – Definitions
> as used in this chapter:
> (15) "United States" means –

– 1

> (a) a Federal Corporation
> (b) an agency, department, commission, board, or other entity of the United States; or
> (c) an instrumentality of the United States.

The arms of the corporation of the United States are called 'departments'. . . i.e., the justice department, the treasury department. Each department belongs to the corporation — to the United States. This is the government. This means that members of Congress do not work for us, for you and me, or for "We The People." They work for the Corporation, for the "**United States**".

The "**United States**" is the figure head that represents all the States of the Union. The "**United States**" is the entity that Congress created and now passes and approves all laws that are relied on by the federal government and published in the "United States Code" (USC). The "**United States**" , through Congress, is the entity that collects your federal taxes, creates a federal court system, and oversees numerous other federal government programs.

The "**United States**" is defined at **Title 18 USC § 5** as follows:

> **§ 5**- United States defined
>
> The term "United States", as used in this title in a territorial sense, includes all places and waters, continental or insular, subject to the jurisdiction of the United States, except the Canal Zone.

"**We The People**", through the **Constitution** of the **United States** for the **United States of America**, gave Congress the authority and exclusive jurisdiction over an area called the "District of Columbia" and other "territorial" locations and the limits on that jurisdictional authority is spelled out at **Title 18 USC § 7**. Congress has dictator like control over the District of Columbia and territories. It is important to note that the District of Columbia is <u>not</u> a State of the Union and has <u>no</u> star representing it on the flag of the **United States of America**. Congress is responsible for both civil and criminal jurisdiction in the District of Columbia and other territorial locations, and they do this by passing statutory "<u>Acts of Congress</u>", and other laws exclusive to the District of Columbia and territories, under **Article I § 8.17** and **Article IV § 3.2**

plenary authority, that apply only to those areas, just like a state of the union will pass civil and criminal laws that apply <u>only</u> to that state. Unlike "<u>Acts of Congress</u>", congress has an additional responsibility of passing <u>Constitutional laws</u> that apply to citizens of States of the Union and are referred to in the Constitution and the United States Code (USC) as a "<u>law of the United States</u>".

For the same reason that laws in a State of the Union (California, Texas, etc.) do not apply to the District of Columbia and territories of the United States, "<u>Acts of Congress</u>" do not apply to a citizen of a State of the Union. Only a Constitutional "<u>law of the United States</u>" passed by Congress with their legislative authority at **Article I § 8.18** applies to a citizen of a State of the Union.

The facts as we know them today leave us with the understanding that Congress created a corporate government called the "**United States**" that has jurisdictional authority in the District of Columbia and territories as limited by **Title 18 USC § 7**, but the "**United States**" as a federal corporation has no jurisdiction authority in <u>any</u> State of the Union unless the state ceded jurisdiction to the "**United States**" after the "**United States**" purchased or received the "deed" or legal title to any property it acquired.

II.    **WHO IS THE "UNITED STATES OF AMERICA"?**

The **United States of America** is a geographical area just like Europe, South America, Middle East, or the Caribbean. Each of these geographical areas has no legal standing or legal capacity. Each geographical area includes numerous independent countries with their own language, laws, and government. These independent countries send representatives or ambassadors to the United Nations or other countries in the name of their independent country, not in the name of the geographical area they are located in. These independent countries do not have legal authority over the geographical area their country is located in, nor does that geographical area have legal standing in a court of law, or the ability to make contracts, or the

ability to sue or be sued. The same applies to the geographical area known as the **United States of America**, as it has no legal standing in a court of law, or the ability to make contracts, or the ability to sue or be sued.

Virtually all civil litigation and criminal prosecution by government officials is in the name of the "**United States of America**", not the "**United States**". These government officials work for the "**United States**", not the "**United States of America**".

1. How does the "**United States of America**" get legal standing to be the plaintiff in any court action against you?

2. Is the "**United States of America**" a corporation, trust, or some other type of entity?

3. What are the names and addresses (for service of legal papers) of its board of directors, CEO, trustee, registered agent, or any other individual who will step forward and be identified.. . then sued.

These questions cannot be overlooked. The Constitution of the United States, as the Articles of Confederation before, vests authority in the governmental entity designated as the "**United States**". Article I § 1 of the Constitution vests legislative authority in the Congress of the "**United States**"; Article II establishes the President of the "**United States**"; and Article III vests judicial authority of the "**United States**" in the Supreme Court of the "**United States**" and whatever inferior courts Congress might establish. The Tenth Amendment clearly states, "the powers not delegated to the "**United States**" by the constitution are reserved to the states respectively, or to the people."

The "**United States of America**" is a historically significant name. Article I of the Articles of Confederation established the several party States as the "**United States of America**", and the people of the "**United States of America**" established the Constitution of the United States (Preamble). But each of the several States is sovereign within its borders except for powers delegated to the "**United States**" by the Constitution. The people of this nation have vested no authority in a governmental entity known as the "**United States of America**", and

state and national constitutions do not delegate authority for officers of the several States and the United States to unilaterally establish a new national power.

### Assistant Attorney General is Employed By?

Resolving the mystery of who or what the "**United States of America**" is somewhat like walking through a house of mirrors, but two conclusions can be drawn from available evidence:

> (1) the United States of America is a governmental entity foreign to the United States.
> (2) the United States of America is a geographical entity.

The first capacity of the Assistant Attorney General is found at **28 CFR § 0.55**. At **§ 0.55(b),** the delegation order specifies that the Assistant Attorney General will conduct, supervise, or handle, "Cases involving criminal frauds against the United States….," and at **§0.55(s),** the Assistant Attorney General over the Criminal Division of the Department of Justice is required to conduct, supervise, or handle, "Civil proceedings in which the United Sates is plaintiff…."In other words, the "**United States**" is principal of interest in the basic delegation of authority for the Criminal Division of the Department of justice.

### Assistant Attorney General is Agent For?

However, at **28 CFR § 0.64-1**, the delegation to the assistant Attorney General over the Criminal Division authorizes him to **serve as agent** for a distinctly separate entity, the "**United States of America**." The delegation also authorizes him to re-delegate this authority to Deputy Assistant Attorney's General in the Criminal Division, or to the Director and Deputy Directors of the Office of international Affairs, Criminal Division. The entire delegation order, as it appears in the Code of Federal Regulations, is as follows:

#### 28 CFR, § 0.64-1

The Assistant Attorney General in charge of the Criminal Division shall have the authority and perform the functions of the "Central Authority" or "Competent Authority" (or like designation) under treaties and executive agreements between the United States of America and other countries on mutual assistance in criminal matters which designate the Attorney General or the Department of Justice as such authority. The Assistant Attorney General, Criminal Division, is authorized to re-delegate this authority to the Deputy Assistant Attorneys General, Criminal Division, and to the Director and Deputy Directors of the Office of International Affairs, Criminal Division.

In order to establish that the "**United States of America**," is a government or some other form of entity foreign to the "**United States**", it is not necessary to prove the precise who, what or where, it is only necessary to prove that the **United States of America** is separate and distinct from the United States.  The above delegations of authority to the Assistant Attorney General over the Criminal Division of the Department of Justice do that – **§ 0.55** establishes his capacity in relation to offenses against the **United States**; **§ 0.64-1** establishes his capacity as agent for the **United States of America**.  They are clear and distinct capacities.  Therefore, the **United States of America** is a government or political compact established under treaties and executive agreements which is foreign to the **United States**; whether geographically or in the sense that a donor heart is alien and foreign to a heart transplant recipient.

### How About the Bureau of Prisons?

Delegations to the Director of the Bureau of Prisons are even clearer.  The Director and his officers (wardens) are authorized to:

    (1) imprison people convicted of offenses against the United States,
    (2) accept and imprison prisoners transferred from the United States of America, and
    (3) accept and imprison prisoners transferred from the District of Columbia.

These Points and Authorities will not address District of Columbia prisoners.

The Director of the Bureau of Prisons relating to offenses against the "**United States**" is at **28 CFR § 0.96**, reproduced in relative part:

> The Director of the Bureau of Prisons is authorized to exercise or perform any of the authority, functions, or duties conferred or imposed upon the Attorney General by any law relating to the commitment, control or treatment of persons (including insane prisoners and juvenile delinquents) charged with or convicted of offenses against the United States…

Nothing whatever is said about the "**United States of America**".  Likewise, **Title 18 USC §3231** (criminal), **Title 26 USC § 7402** (tax-related cases) and **Title 28 USC § 1331** (civil) all specify jurisdictions of Article III district courts of the United States (DCUS), or legislative

Untied States District Courts (USDC), where the United States is the principal of interest as either the plaintiff or the defendant

The other delegation to the Director of the Bureau of Prisons is found at **28 CFR § 0.96b**, and this is where we find the "**United States**" and the "**United States of America**" used in the same regulation. The delegation specifies procedure for transfer of prisoners between the two – these are clearly supposed to be geographical and physical transfers. The Director's capacity as agent of the "**United States of America**" is at **28 CFR § 0.96b**, which states as follows:

**§ 0.96b** - Exchange of prisoners

The Director of the Bureau of Prisons and officers of the Bureau of Prisons designated by him are authorized to receive custody of offenders and to transfer offenders to and from the United States of America under a treaty as referred to in Public Law 95-144; to make arrangements with the States and to receive offenders from the States for transfer to a foreign country; to act as an agent of the United States to receive the delivery from a foreign government of any person being transferred to the United States under such a treaty; to render to foreign countries and to receive from them certifications and reports required under a treaty; and to receive custody and carry out the sentence of imprisonment of such a transferred offender as required by that statute and any such treaty.

What seems to be missing is clarification of underlying authority and the key to that is found in the regulation at **28 CFR § 527.40**:

**§527.40**  Purpose and Scope

Public law 95-144 (Title 18 USC § 4100 et seq.) authorizes the transfer of offenders to or from foreign countries, pursuant to the conditions of a current treaty, which provides for such transfer. Title 18 USC § 4102 authorizes the Attorney General to act on behalf of the United States in regard to such treaties. In accordance with the provisions of 28 CFR 0.96b the Attorney General has delegated to the Director of the Bureau of Prisons, and to designees of the Director, the authority to receive custody of, and to transfer to and from the United States, offenders in compliance with the conditions of the treaty.

The above regulation ties **28 CFR § 0.96b** delegation order to treaties, per public law 95-144 and **Title 18 USC §§ 4100** et seq. This helps to clarify what **28 CFR § 0.96b** delegation order is attempting to say. Phrasing in the regulations is designed to be misleading, but the director clearly acts in an agency capacity, and in this case, evidently has parallel capacity as

agent of the "**United States**" and limited authority for purposes of managing "**United States of America**" prisoners.

**28 CFR § 0.96** delegates authority to the Attorney General and **28 CFR § 0.64-2** further delegates authority from the Attorney General to the Assistant Attorney General. This further delegation per **28 CFR § 0.64-2** gives the Assistant Attorney General, Criminal Division, authority for general representation of the "**United States of America**" with respect to treaties and executive agreements:

> **§0.64-2**  Delegation respecting transfer of offenders
>           to or from foreign countries.
>
> The Assistant Attorney General in charge of the Criminal Division is authorized to exercise all of the power an authority vested in the Attorney General under Section 4102 of Title 18, U.S. Code, which has not been delegated to the Director of the Bureau of Prisons under 28 CFR 0.96b, including specifically the authority to find the transfer of offenders to or from a foreign country under a treaty as referred to in Public law 95-144 appropriate of inappropriate. The Assistant Attorney General in charge of the criminal division is authorized to re-delegate this authority to his Deputy Assistant Attorneys General, the Director of the Office of Enforcement Operations, and the Senior Associate Director and Associate Directors of the Office of Enforcement Operations.

The delegation orders, as shown above, at **28 CFR §§ 0.96, 0.96b, 527.40 and 0.64-2**, clearly distinguish between the "**United States of America**" and the "**United States**". The Director and designated officers, wardens, are "…authorized to receive custody of offenders…from the United States of America….," and "to act as an agent of the United States to receive the delivery from a foreign government of any person transferred to the United States under such a treaty….." Once the Director and his designated officers receive custody of offenders from a foreign government, they become agents of that government by carrying out the sentence imposed by the foreign government.

### Interstate Agreement on Detainers Act?

This bit of "hide the truth with legalese mumbo-jumbo" becomes clearer via the Interstate Agreement on Detainers Act (Pub.L. 91-538, Dec. 9, 1970, 84 Stat. 1397 et seq.), which as been adopted on behalf of the United States by Congress and legislatures in most States of the Union.

In section 2 of the Act, the United States and the District of Columbia are made parties to the

agreement:

> "The Interstate Agreement on Detainers is hereby enacted into law and entered into by
> the United States on its own behalf and on behalf of the District of Columbia with all
> jurisdictions legally joining in substantially the following form...."

In Article II (a) of the Act, the "United States of America" is defined as a "State," as

follows:

> "(a) 'State' shall mean a State of the United States; the United States of America; a
> territory or possession of the United States; the District of Columbia; the Commonwealth
> of Puerto Rico."

The Congressional Act on behalf of the United States, as distinguished from the United

States of America, preserves the foreign jurisdiction definition found in Article II(a) of the

uniform act adopted by each State of the Union. The United States of America is defined as a

foreign state, foreign to States of the Union, and where Congress adopted the act on behalf of the

United States without alterations, foreign to the United States as well. The wording is very clear

in the **28 CFR § 0.96b** delegation to the Director of the Bureau of Prisons that the United States

and the United States of America are two distinct entities and that custody of United States of

America prisoners can be transferred to United States custody.

### How Did Puerto Rico and the Virgin Islands Get Involved?

Delegation orders sometimes look like they only have application to foreign countries,

but when one understands that the United States of America is foreign to the United States and

the States of the Union, one must look closer and focus in on the context of treaties, executive

agreements, and other miscellaneous sections of the U.S. Code.

Territories and insular possessions are addressed in **Title 48** of the U.S. Code where the

"**United States of America**" appears several times. The "United States of America, ss, the

President of the United States," is principal of interest in courts of Puerto Rico and the Virgin

Islands and probably other United States courts in other insular possessions such as Guam and

the Northern Mariana Islands.  When an action is commenced in territories and insular

possessions with the "**United States of America**" as plaintiff, the plaintiff is shown as <u>United

States of America/ss/the president of the United States</u>.  The plaintiff is <u>not</u> shown as "United

States of America" or "United States".  Neither the court, nor the U.S. Attorney, has lawful

authority to commence a judicial process in any name other than how Congress specifies in a

statute.  **Title 48 USC § 874** is as follows:

> **§874** Judicial process; officials to be citizens
> of  United States; oath
>
> All judicial process shall run in the name of "United States of America, ss, the President
> of the United States," and all penal or criminal prosecutions in the local courts shall be
> conducted in the name and by the authority of "the people of Puerto Rico".  All officials
> shall be citizens of the United States, and, before entering upon the duties of their
> respective offices, shall take an oath to support the Constitution of the United States and
> the laws of Puerto Rico.

The statute for the Virgin Islands is worded a little different but the identification of the

plaintiff or the principal of interest is the same.  **Title 48 USC § 1406f** is as follows:

> **§1406f** Judicial process; title of criminal prosecutions
>
> All judicial process shall run in the name of "United States of America, scilicet, the
> President of the United States," and all penal or criminal prosecutions in the local courts
> shall be conducted in the name and by the authority of "the people of  the Virgin Islands
> of the United States".

Proceedings in territorial and insular possessions courts are conducted in United States

District Courts (**Balzac v. Porto Rico**, 258 US 398 (1922)), which is admiralty/civil law in

nature.  The Department of War (now Department of Defense) was originally in charge of insular

possessions courts then they were moved under the Department of the Interior.  Former President

Franklin D. Roosevelt moved them under or into the Department of Justice with Executive Order

#6166 of June 10, 1933.  They have never been, nor can they be, Article III Courts of the United

States.

**"UNITED STATES" OR "UNITED STATES OF AMERICA" - - - AS PLAINTIFF?**

All "criminal" indictments in the geographical United States of America are handed down through United States District Courts and show the plaintiff as, United States of America.

Both a United States District Court with legislative authority, and an Article III district court of the United States with judicial power authority, are courts of limited jurisdiction and have no authority to adjudicate any action with the "**United States**" as either plaintiff or defendant until Congress gives the court statutory authority to do so. To do so by either the court, or the U.S. Attorney, would be unlawful and be exceeding their authority under the color of law.

No statute! - - -equals - - -no authority!

Congress provided that statutory authority for the "**United States**" at **Title 28 USC §§ 1345 & 1346** as follows:

**§1345** – United States as plaintiff

Except as otherwise provided by Act of Congress, the district courts shall have original jurisdiction of all civil actions, suits or proceedings commenced by the United States, or by any agency or officer thereof expressly authorized to sue by Act of Congress.

**§1346** – United States as defendant

(a) the district courts shall have original jurisdiction concurrent with the United states court of federal claims, of:

      (1) any civil action against the United States . . .
      (2) any other civil action or claim against the United States, . . .

Since "criminal" is not mentioned in any of the text of **Title 28 USC §§ 1345 & 1346**, the omission can only be inferred as intentional by Congress. There also is no statute in **Title 18** (criminal code) that gives a district court "criminal" jurisdiction to adjudicate an action with the "**United States**" as a plaintiff or defendant.

No statute! - - -equals - - -no authority!

How then does the "**United States of America**" get to be a plaintiff on a "criminal" indictment? Only Congress, through a statutory Act of Congress, has the authority to give a

district court, a district judge, or the U.S. Attorney of the district, the <u>statutory</u> authority to issue an indictment or prosecute an individual (defendant) in the name of the "**United States of America**", the plaintiff.

Congress has never, I repeat - - <u>NEVER</u>, enacted any <u>statute</u> in the United States Code that gives a district court, a district judge, or a U.S. Attorney, the <u>statutory</u> authority to commence any action, civil or criminal, with the "**United States of America**" as plaintiff or defendant.

<u>No</u> statute! - - -equals - - -<u>No</u> authority!

### The "**United States of America**" is not the "**United States**"

Delegations of authority at the above cites clearly demonstrate the two critical elements: **The "United States of America" is an entity defined by "Act of Congress" as a State, which means it is geographical and territorial, and it is a government foreign to the United States. There is no statutory authority authorizing the "United States of America" as principal of interest in courts of the United States situated in the Union of several States party to the Constitution**. In fact, it is reasonably easy to demonstrate that all civil and/or criminal actions prosecuted on behalf of the United States of America in United States District Courts presume admiralty and maritime jurisdiction of the territorial United States District Court of the Virgin Islands.

This information will serve the limited purpose of demonstrating that little current federal law applies in and to the Union of Several States, and people of the Several States, whether citizens or aliens lawfully admitted to the Several States.

Pursuant to **Title 28 USC § 1746**, I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.  Executed this 15th day of April, 2008.


Defendant Royal L. Hardy.

CERTIFICATE OF SERVICE

I, Royal L. Hardy, the Defendant in this action, do hereby certify that
on this date I served a copy of the foregoing:

DEFENDANTS - - POINTS AND AUTHORITIES ON UNITED STATES vs. UNITED
STATES OF AMERICA

Upon the following by placing same in the United States mail, first class, postage prepaid:


U.S. Attorney's Office
300 Ala Moana Blvd., Rm 100
Honolulu, HI 96850

Attorney for Plaintiff




I certify under penalty of perjury, that the foregoing is true and correct. Executed this
5th day of May, 2008.




Royal L. Hardy/a

Defendant Royal L. Hardy