ORIGINAL

1  Royal L. Hardy
   # 83346022
2  FCI OAKDALE
   FEDERAL CORRECTIONAL INSTITUTION
3  PO BOX 5000
   OAKDALE, LA 71463

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 07 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA,           )   Case No.: CR-02-00133-ER/BMK
                                    )
            Plaintiff,              )   POINTS AND AUTHORITIES ON
                                    )
    vs.                             )   THE TWO (2) DIFFERENT
                                    )   DISTRICT COURTS
Royal L. Hardy                      )
                                    )   AND CRIMINAL JURISDICTION
            Defendant               )
_____)


                    UNITED STATES DISTRICT COURT
                                VS
              DISTRICT COURT OF THE UNITED STATES

    What is the difference?

    Is there a difference?

    What difference does it make to a citizen of a state of the union?

    **Title 28** of the United States Code (USC) shows us that there are two classes of federal

"District Courts" in the federal court system.

    1.  One class is for the <u>federal zone</u> citizen.


                                  - 1

2. One class is for the <u>state zone</u> citizen.

<u>Federal zone</u> being any area that the United States has jurisdictional authority over, and those boundaries are limited statutory to the area identified in **Title 18 USC § 7**. As a general area, this includes the District of Columbia, territories, maritime, and property that the United States holds the deed to in a state of the union and that state legislative body has "ceded" (the state gave up) jurisdiction authority over that piece of property to the United States. This <u>federal zone</u> may affect a <u>state zone</u> citizen who works or contracts with the United States and spends time in the <u>federal zone</u> such as military bases or federal buildings.

<u>State zone</u> being any area in any state of the union that <u>has not</u> been lawfully purchased or transferred to the United States by deed, as recorded in the county recorder, and that state legislative has "ceded" jurisdictional authority over to the United States. This <u>state zone</u> includes all citizens and residents of a state of the union as well as all other property in that state that has <u>not</u> been "ceded" to the United States. The personal residence of a <u>state zone</u> citizen would almost <u>never</u> be subject to the <u>federal zone</u>.

<u>IN WHAT ZONE DO YOU LEGALLY EXIST?</u>

In order to fully understand these points and authorities the reader needs to identify the jurisdictional <u>zone</u> in which they exist.

1. As a citizen and resident of a state of the union, you are a <u>state zone</u> citizen.

2. As a citizen and resident of a state of the union, the United States (federal government) has no legal or jurisdictional authority over you unless you violate a provision of the Constitution.

3. As a citizen and resident of a state of the union, you are entitled to have any Constitutional violation adjudicated in an Article III Constitutional Court with "judicial power" where <u>only</u> Constitutional "<u>Laws of the United States</u>" apply to you.

4. As a citizen and resident of a state of the union, only Constitutional lawfully enacted "<u>Laws of the United States</u>:, under **Article I § 8.18** authority, will apply to you and not other Congressional laws such as "Acts of Congress" or laws <u>enacted</u> or <u>resolved</u> for the territories.

5. As a citizen and resident of a state of the union, you should be aware that the Constitution only gave Congress (United States) authority to Constitutionally

"<u>punish</u>" three (3) types of crimes,  - - - counterfeiting, treason and piracy,  - - - and that <u>all</u> other "<u>punishment</u>" criminal crimes (conspiracy, drugs, money laundering, etc.) "<u>not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people</u>," - - - as stated in the tenth amendment.

6. As a citizen and resident of a state of the union, you should know that the "penal code" of your state does not apply to <u>federal zone</u> citizens and conversely, the "penal code" of the <u>federal zone</u> (United States Code) does not apply to a <u>state zone</u> citizen - - - unless the <u>state zone</u> citizen has violated a Constitutional enacted "<u>Law of the United States</u>".

7. As a citizen and resident of a state of the union, if you work for the United States (federal government) or belong to the military, you may have volunteered into <u>federal zone</u> jurisdiction.

<u>WHAT IS THE DIFFERENCE BETWEEN THE TWO DISTRICT COURTS?</u>

Research has shown that the phrase "<u>district court of the United States</u>" (DCUS) refers to the federal courts for the <u>state zone</u>; whereas the phrase "<u>United States District Court</u>" (USDC) refers to federal courts for the <u>federal zone</u>.

The Sherman Act (1890) vests original jurisdiction in the several <u>district courts of the United States</u>. These courts are Article III Constitutional Courts proceeding in <u>judicial mode</u>. See also **Mookini v. U.S.**, 303 US 201, 205 (1938), which discusses the DCUS in its historical and proper sense; **General Investment Co. v. Lake Shore & Michigan Southern Railway Co.**, 260 US 261 (1922), addressing antitrust injunctions brought by the Untied States in the public interest.

The <u>United States District Courts</u> are legislative courts typically proceeding in <u>legislative</u> mode, <u>not</u> judicial mode with judicial power as an Article III DCUS would. See **American Insurance Co. v. 356 Bales of Cotton**, 1 Pet. 511, 7 L. Ed 242 (1828), where Chief Justice John Marshall wrote that legislative courts are incapable of receiving judicial power; and **Balzac v. Porto Rico**, 258 US 298, 312 (1922), addressing that a USDC is not a true United States court established under Article III.

Legislative courts which are normally formed as territorial courts under Article IV, Section 3, Clause 2, but may be formed under Article III, are not required to exercise Article III guarantees, which all state zone citizens want, which is a requirement of Article III Constitutional courts with judicial power. See **Keller v. Potomac Electrical Power Co.**, 261 US 428 (1923); **Federal Trade Commission v. Klesner**, 274 US 145 (1927); **Swift v. U.S.**, 276 US 311 (1928); **Ex parte Bakeliet Corp.**, 279 US 438 (1920); **Federal Radio Commission v. General Electric Co.**, 281 US 438 (1930); **Clairborne – Annapolis Ferry Co. v. U.S.**, 285 US 382 (1932); **O'Donoghue v. U.S.**, 289 US 516 (1933); **Glidden Co. v. Zdanok**, 370 US 530 (1962); **Northern Pipeline Co. v. Marathon Pipeline Co.**, 458 US 50 (1982).

Back in 1828 Chief Justice Marshall made a clear distinction between judicial courts authorized by Article III and legislative (territorial) courts authorized by Article IV. Chief Justice Marshall used some of the same wording of Article IV to differentiate Article IV "legislative" courts from Article III "judicial power" courts, as follows:

> "These [territorial] courts then, are not Constitutional courts, in which the judicial power conferred by the Constitution of the general government can be deposited. They are incapable of receiving it. They are legislative courts, created in virtue of the general rights of sovereignty which exists in the government, or in virtue of that clause which enables Congress to make all needful rules and regulations, respecting the territory belonging to the United States. The jurisdiction with which they are invested, is not a part of the judicial power which is defined in the 3rd Article of the Constitution, but is conferred by Congress, in the execution of those general powers which that body possesses over the territories of the United States."
>
> (American Insurance Co., v. 356 Bales of Cotton)
> (2 Pet. 511 (1828))

The judicial system set up by Congress in the District of Columbia and the territories of the United States is all part of federal jurisdiction (federal zone), yet the identification of a "court of the United States", when used in a USC statute is generally construed as not referring to "territorial courts". See **Balzac v. Porto Rico**, 258 US 298, 312 (1921), where the Supreme Court stated:

> "The United States District Court is not a true United States Court established under Article III of the Constitution to administer the judicial power of the United States therein conveyed. It is created by virtue of the sovereign Congressional faculty, granted under

- 4

Article IV, Section 3, of that instrument, of making all needful rules and regulations respecting the territory belonging to the United States. The resemblance of its jurisdiction to that of true United States courts in offering an opportunity to nonresidents of resorting to a tribunal not subject to local influence, does not change its character as a mere territorial court."

A few years later the Supreme Court in **Mookini v. U.S.** 303 U.S. 201 (1938), refers to the historic and proper sense of the term "district court of the United States", and it makes an articulated distinction between such courts and application of their rules to territorial courts as follows:

"Not only did the promulgating order use the term district courts of the United States in its historic and proper sense, but the omission of provisions for the applications of the rules to the territorial courts and other courts mentioned in the authorizing act clearly shows the limitation that was intended."

The same court clarified their position where they stated;

"The term "district courts of the United States" as used in criminal appeals rules without an addition expressing a wider connotation, had its historic significance and described courts created under Article III of the Constitution, and did not include territorial courts."

From a historic standpoint covering the early days of America up through World War II, the court has done a very good job of explaining through court opinions and decisions just what the difference is between the two different district courts.

To this point in time, a USDC, a court of limited jurisdiction, and at all times only a legislative court with legislative power (not judicial power), has fully complied with the old saying - - - if it looks like a duck, walks like a duck and files like a duck - - - you can almost rest assured that it is a duck.

### THE ACT OF JUNE 25, 1948, 62 STAT. 869

Congress effectively eliminated Article III Constitutional "judicial power" district courts when they passed the Act of June 25, 1948, in which Congress reorganized the entire federal court system. This is the Act of Congress that installed a USDC into all states of the union. There is nothing Constitutionally wrong in so doing, as long as the USDC only adjudicates actions involving the federal zone and the federal zone citizen, which is the zone where Congress

has dictator (plenary) like power and authority but is limited to the area identified and limited at **Title 18 USC § 7**. In almost <u>all</u> cases, a <u>state zone</u> citizen should <u>never</u> be adjudicated in a USDC as that court offers the <u>state zone</u> citizen <u>no</u> constitutional guarantees.

Prior to the Act of June 25, 1948, if a state of the union had an Article III DCUS with judicial power located in that state, it ceased to exist, or was replaced with a USDC, a court of limited jurisdiction with <u>only</u> legislative power. This presents a major Constitutional problem for a <u>state zone</u> citizen.

Congress also failed to inform the <u>state zone</u> citizen that the federal USDC, now located in their sovereign state,

1. Will <u>not</u> offer Constitutional Guarantees to the <u>state zone</u> citizen, and

2. Will apply <u>both</u> (1) "Acts of Congress", which make up 90% or more of the USC and legislatively do not apply to a <u>state zone</u> citizen, and (2) Constitutional "Laws of the United States", which are usually limited by the Constitution to counterfeiting, treason and piracy.

In other words, the federal USDC will ignore the tenth amendment of the Constitution and treat a <u>state zone</u> citizen like a <u>federal zone</u> citizen. This means that the United States, through a USDC, will apply "criminal" laws to a <u>state</u> zone citizen when they have <u>no</u> statutory criminal jurisdiction authority to do so. I think the United States just took away the states sovereignty.

As much as Congress has the Constitutional authority to form and establish the courts of the United States, as well as enact and resolve all laws for those courts to adjudicate, the responsibility of applying those laws and upholding a <u>state zone</u> citizens Constitutional rights - - - falls squarely on the court - - - to be more specific, on the judge of the court.

As a <u>state zone</u> citizen, does it really matter which court (USDC or DCUS) adjudicates my action? A court is a court, and any court will do, as long as the <u>judge</u> is only applying <u>laws</u> that apply to a <u>state zone</u> citizen. In a federal court, the judge should have full knowledge as to the individual in the court room (state or federal zone citizen) and that knowledge should extend

to knowing which USC statutes are Constitutional (laws of the United States) and legislatively

unconstitutional (Acts of Congress) as they apply to a <u>state zone</u> citizen.

The Constitution gave Congress the authority to enact and resolve several types of laws,

but the two that the <u>state zone</u> citizen is most concerned with are (1) Law of the United States,

and (2) Acts of Congress.

1. "<u>Laws of the United States</u>" which are enacted into law under **Article I § 8.18** authority and have application to the citizen in the <u>state zone</u>.

2. "<u>Acts of Congress</u>" which are enacted into law under **Article I § 8.17** plenary authority and have application to the District of Columbia, territories and citizens in the <u>federal zone</u>.

Both are Constitutional!  But <u>state zone</u> citizens are only subject to "<u>Laws of the United States</u>".  The problem is that "Laws of the United States" make up less than 10% of the laws in the USC and the reader will find it impossible to identify any of the USC statutes as either a "Law of the Untied States" or an "Act of Congress".  In almost all cases you will be required to go to Congress and read the Congressional Record to obtain this type of information - - - but - - - the judge should know.

The Constitutional problems presented to the <u>state zone</u> citizen since June 25, 1948, are as follows:

1. There are no Constitutional Article III "district courts of the United States" located in <u>any</u> states of the union that will give a <u>state zone</u> citizen Constitutional Guarantees and only apply and adjudicate lawfully enacted "Laws of the United States".

2. The only federal "district court" in the <u>state zone</u> is a legislative USDC.

3. A federal USDC treats all who enter its courtroom as a <u>federal zone</u> citizen.

4. A Constitutional Article III DCUS with judicial power authority, has <u>no</u> statutory "criminal" jurisdiction over a <u>state zone</u> citizen, only "original" jurisdiction over "Laws of the United States".

5. There is <u>no</u> USC statute that grants a USDC criminal jurisdiction over a <u>state zone</u> citizen.

After the act of June 25, 1948, the courts opinions and decisions as to the district courts

1 | are viewed in a different light.  In some cases the court held to the earlier explanations and

2 | definitions but in others, they seemed to veer off course.

3 | DISTRICT COURT INTERPRETATIONS AFTER JUNE 25, 1948

4 | Several years after **Mookini v. U.S.**, 303 US 201 (1928), the Supreme Court addressed

5 | this district court issue again in **International Longshoremen's and Warehousemen's Union**

6 | **v. Juneau Spruce Corp.**, 342 US 237 (1942), the court stated:

7 | "The words "district court of the United States" commonly describe Constitutional Courts
8 | created under Article III of the Constitution, not the legislative courts which have long
been the courts of the territories."
9 |
10 | The same court added fuel to the fire where they stated:

11 | "The phrase, "court of the United States", without more, means solely courts created by
Congress under Article III of the Constitution and not territorial courts."

12 | While Alaska was still a territory and a couple of years before Alaska became a state of

13 | the union, a territorial legislative district court in Alaska rendered an opinion in **U.S. v. King**,

14 | 119 F. Suppl. 398, 401 n. 8, 14 Alaska 500 (1954), as follows:

15 | . . . "[T]he term 'district court of the United States' standing along includes only the
Constitutional courts".  Such words describe courts created under Article III of the
16 | Constitution.  The Alaska court, of course, is not a Constitutional, but a legislative court.
**McAllister v. U.S.**, 141 US 174, 11 S. Ct. 949, 35 L. Ed 693 (1891).  According to **Ex**
17 | **parte Bakelite Corp.**, 279 US 438, 49 S. Ct. 411, 73 L. Ed. 789 (1929), the test is the
particular power under which the court was created and its jurisdiction conferred.  If
18 | created under section 2 of Article III of the Constitution, it is a Constitutional court.
Territorial courts are not created under that power, but by virtue of the plenary municipal
19 | authority that Congress possesses over territories, or under the Constitutional clause
permitting the making of needful rules and regulations as to territories, Article IV,
20 | Section 3, of the Constitution.

21 | The Alaskan territorial court demonstrated a keen and correct grasp of all the important

22 | distinctions between Article III Constitutional courts and Article IV legislative courts.

23 | The **King** court also did well to cite the **McAllister** case which addressed the district

24 | court question and summarized the relevant judicial history over a 50 year span by reference to

25 | cases such as, **American Insurance Co. v. 356 Bales of Cotton**, 26 US 511, 546 (1828);

**Benner v. Porter**, 50 US 235, 242-243 (1850); **Clinton v. Englebrecht**, 80 US 434, 447 (1871); **Hornbuckle v. Toombs**, 85 US 648, 655 (1873); **Good v. Martin**, 95 US 90, 98 (1877); **Reynolds v. U.S.**, 98 US 145, 154 (1878); and **The City of Panama**, 101 US 453, 460 (1879).

Just as important and compelling in this district court question is the **King** court's analysis and comparison of the statutory terms "district court" and "district court of the United States". Specifically, the plural term "district courts" includes <u>both</u> Constitutional courts and legislative courts, whereas the term "district court of the United States" refers <u>only</u> to Constitutional courts, and the term "United States District Court" refers to a legislative court. Following are pertinent parts from the **King** decision which clearly supports this position:

> . . . [T]he question for determination is whether, in the context of the particular legislation, the words "district court" are used to describe courts which exercise the jurisdiction of district courts, or whether they are meant to be confined to Constitutional courts. In reaching such a determination, the purpose, or policy of the particular statute is of paramount importance. . .

Let us look a little closer at what Congress did on June 25, 1948 by looking at **Title 28 USC § 451** as follows:

> **§451** – Definitions
> As used in this Title
>
> > 2) The term "district court" and "district court of the United States" means the courts Constituted by Chapter 5 of this title.

The statute (**§451**) clearly states, "as used in this Title", which means throughout **Title 28** and not just to a specific chapter of **Title 28**. Chapter 5 of **Title 28** has allocated a separate statute for each state of the union that Congress, through an Act of Congress, has authorized a United States District Court to be placed. Statute **§81** Alabama through **§131** Wyoming describe the judicial districts for each state. However, at **Title 28 USC §132**, which is a part of Chapter 5, it states as follows:

> **§132** – Creation and composition of district courts
>
> (a) there shall be in each judicial district a district court which shall be a court of record known as the United States District Court for the district.

Congress, through the Act of June 25, 1948, has very cleverly authorized a district court with "legislative power" (USDC) to operate in each state of the union but removed all USC statutory evidence that a Constitutional Article III "district court" with "judicial power" will be available for a <u>state zone</u> citizen to adjudicate any federal (United States) complaint where the <u>state zone</u> citizen will be assured Constitutional Guarantees and that only lawfully enacted "Laws of the United States" will be applied to the <u>state zone</u> citizen.

The Supreme Court stated in **Eisner v. MaComber**, 252 US 189 (1920) as follows:

Congress . . .cannot by legislation alter the Constitution, from which alone it derives its power to legislate, and within whose limitations that power can be lawfully exercised.

Yet Congress, by an Act of Congress, has removed any chance of a <u>state zone</u> citizen receiving Article III Constitutional Guarantees with their Act of June 25, 1948.

Let us look a little closer at how the court system operates. Who in the court has the legal responsibility of <u>only</u> applying the correct laws to a defendant? Who has the legal responsibility to identify a defendant as either a <u>state zone</u> citizen or a <u>federal zone</u> citizen, <u>before</u> any complaint or indictment is sanctioned, - - - or <u>before</u> any warrant or summons is issued, let alone executed? Who took an oath to uphold the constitution of the United States of America? Who is famous for telling a defendant, "ignorance of the law is no excuse"????

### **THE JUDGE!!!**

Only in an Article III court presided over by an Article III judge is a <u>state zone</u> citizen guaranteed to only have lawfully enacted Congressional "Laws of the United States" under Constitutional **Article I § 8.18** authority applied to a <u>state zone</u> citizen and <u>not</u> unlawful "Acts of Congress". The judge in a USDC will claim to be an Article III judge, but can that be true if the judge is applying "Acts of Congress" to a <u>state zone</u> citizen? If this is so, then the judge just became liable for unconstitutional wrongs.

- 10

Once again, if it walks like a duck, flies like a duck and quacks like an Article IV judge . .

.it is definitely <u>NOT</u> a duck!!

Even though the Congressional Act of June 25, 1948, left the states of the union without

any constitutional Article III DCUS, let us look at how the courts still identified the district

courts in several cases after 1948.

> The words "district court of the United States" commonly describes Constitutional courts
> created under Article III of the Constitution, not the legislative courts which have long
> been the courts of the territories.

> **<u>International Longshoremen's and Warehousemen's Union v. Juneau
> Spruce Corp.</u>**, 342 US 237 (1952)

> The United States District Courts are not courts of general jurisdiction. They have no
> jurisdiction except as prescribed by Congress pursuant to Article III of the Constitution.

> **<u>Graves v. Snead</u>**, 541 F.2d 159 (6th Cir. 1976)

The best way to compare a USDC and a DCUS is to find a statute where Congress has

identified each separately. Chapter 96 of **<u>Title 18</u>** is titled, Racketeer Organizations. **<u>Title 18</u>**

**<u>USC § 1962(a) thru (d)</u>**, identify all the prohibited activities. Let us look at **<u>Title 18 USC §</u>**

**<u>1964</u>**, titled, Civil Remedies, but specifically **<u>§1964(a)</u>** and **<u>§1964(c)</u>** as follows:

> **<u>§1964(a)</u>**  The district courts of the United States shall have jurisdiction to prevent and
> restrain violations of Section 1962 of this chapter. . .

> **<u>§1964(c)</u>**  any person injured in his business or property by reason of a violation of
> Section 1962 of this chapter may sue therefore in any appropriate United States
> district court and shall recover. . .

Both statutes grant authority to issue remedies to restrain racketeering activities

prohibited by **<u>§1962</u>**. **<u>§1964(a)</u>** grants civil jurisdiction to issue injunctive relief to the DCUS,

whereas **<u>§1964(c)</u>** grants civil jurisdiction to issue injunctive relief to the USDC. Both address

the exact same subject matter, which is R.I.C.O. (Racketeering Influenced and Corrupt

Organization) activities.

1  So, when these two statutes are otherwise identical, why did Congress need to enact two

2 separate statutes? The only answer is that one authority was needed for the DCUS, and another

3 authority was needed for the USDC.

4  What this tells us is that the United States (federal government) has been prosecuting

5 citizens of states of the union in the wrong courts for many a year. The conspiracy finger can be

6 pointed straight at the judge and the U.S. Attorney. They both lied or withheld this jurisdictional

7 evidence from any Grand Jury they convinced to issue an indictment.

8  USDC do not now, and have never had, statutory "criminal" jurisdiction over a citizen of

9 a state of the union who lives and works in the <u>state zone</u>. The USDC <u>may</u> have criminal

10 jurisdiction over citizens in the <u>federal zone</u> and territories, <u>but not</u> by **Title 18 USC § 3231**. In

11 fact, there is no statute in the USC that grants "criminal" jurisdiction to either a USDC or a

12 DCUS.

### WHICH DISTRICT COURTS HAVE "<u>CRIMINAL</u>" JURISDICTION OVER "<u>STATE ZONE</u>" CITIZENS?

 Federal district courts are creatures of statutes, they can only adjudicate subject matters

which are assigned to them, expressly by statute. They are not courts of general jurisdiction,

they are courts of <u>limited</u> jurisdiction.

 Any jurisdictional authority granted to any district court must come from Congress

through a statute in the United States Code (USC). The Constitution gave Congress the authority

to do this, and only Congress. This tells us that if there is no statute granting the court authority,

then there is no authority.

  <u>No</u> statute! - - - equals - - <u>No</u> authority!

 Understand that a statute granting a court jurisdictional authority does nothing more than

that. It only grants the court jurisdictional authority. It is like unlocking a door to a room. Once

the door is unlocked and open, then the proper statutory law can pass through the door. This

statute granting the court jurisdiction must identify civil, criminal, or both types of jurisdictional authority granted to the court <u>before</u> the court has <u>any</u> authority to adjudicate either a civil or criminal statute violation.

**Title 28** of the USC is titled, "Judiciary and Judicial Procedure", which covers statutory organization of the court (Supreme, Appellate and District), court officers and employees, jurisdiction and venue, and procedure. The procedure in **Title 28** being almost all "civil".

Where **Title 28** covers statutory organization of the court and civil procedure in a fairly detail manner, **Title 18 USC**, titled, "Crimes and Criminal Procedure", <u>fails</u> to address "criminal" authority of the court, "criminal" jurisdiction of the court, and <u>fails</u> to identify and separate the "criminal" crimes that Congress has enacted as either,

(1) a "law",
(2) a "Law of the United States",
(3) or an "Act of Congress".

Congress is the source of all federal law (statutes) that are in the USC, yet as identified above, we seem to have a USC that is composed of at least three (3) different types of laws. Congress identifies these three (3) different laws at **Title 28 USC § 1366** as follows:

**§1366** – Construction or reference to laws of the United States or Acts of Congress.

For the purpose of this chapter, references to Laws of the United States or Acts of Congress do not include laws applicable exclusively to the District of Columbia

One does not have to understand what the statute is trying to say, only understand that Congress made this statute and in so doing has clearly identified three (3) different laws that Congress passes and has published in the USC. The question now becomes, which law applies to a <u>state zone</u> citizen and by reading the USC, will the reader be able to determine which one of the three laws each individual statute is? The answer to the last part is no.

Not the subject of these points and authorities, but something the reader should know and understand, is as a <u>state zone</u> citizen the only federal law (statute) that Constitutionally applies to a state zone citizen is a lawfully enacted Congressional "<u>Law of the United States</u>" under

Constitutional authority at **Article I § 8.18** and not any "Act of Congress" or other Congressional enacted laws.

Before going into "criminal" jurisdiction, let us start with the statute that grants the district courts "civil" jurisdictional authority at **Title 28 USC § 1331** as follows:

**§1331** – Federal question

The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

**§1331** seems to grant a district court, a court of limited jurisdiction (by statute), original jurisdiction of all civil actions. Congress, by statute, clearly identifies "civil" actions and "original" jurisdiction. Let us go back to the door again, **§1331** unlocks the door granting district courts (both USDC and DCUS) authority to adjudicate "civil" actions now that the door is open.

Let us look at Black's Law Dictionary and see how original and limited jurisdiction is defined,

Original jurisdiction – Jurisdiction to consider the case in the instance. Jurisdiction of court to take cognizance of a cause at the inception, try it, and pass judgment upon the law and fact.

Limited jurisdiction – Jurisdiction of court is confined to particular types of cases or actions, or which can be exercised only under the limitations and circumstances prescribed by the statute. A courts power over an action is governed generally by statute.

The problem presented to "Americans", and especially state zone citizens, that Congress is supposed to represent, is that Congress has failed to enact, or passed into a law, any statute that grants any district court "criminal" jurisdiction to any type of district court. No statute! - - equals - - - No authority! When it comes to "criminal" jurisdiction of the district court, the only USC statute that research has been able to uncover and identity and seems to be the courts controlling statute when challenged to criminal jurisdiction is **Title 18 USC § 3231** as follows:

**§3231** – District courts

The district courts of the United States shall have original jurisdiction, exclusive of the courts of the states, of all offenses against the laws of the United States.

1    Jurisdiction of the court?  Is this civil, criminal, neither, or both?  What type of
2    jurisdiction does this statute grant the district court?  No statute! - - - equals - - no authority!

3    Let us look at **Title 28 USC §1331** again and make sure you understand that **§1331** only
4    grants the district courts jurisdiction authority to adjudicate an action, it unlocks the door for this
5    to happen, and once the door is unlocked, and only then, the district courts can adjudicate "civil"
6    actions arising under any statute that Congress has enacted that meets the definition of "arising
7    under the Constitution, laws, or treaties of the United States".

8    Now let us look again at **Title 28 USC §3231**.  It grants a "district court of the United
9    States" (Article III Constitutional Court) original jurisdiction to adjudicate.  It unlocked the door
10   but only for a DCUS, and now that it is open, the only statutory laws that can pass through that
11   open door are "offenses against the laws of the United States".

12   Under the preponderance of evidence standard that the judges like to operate under, there
13   are three (3) observations that **Title 18 USC §3231** tells us and they will remain as true, correct
14   and factual until rebutted by certified documented evidence.

15   1. **§3231** only grants original jurisdiction to a DCUS, a court of limited jurisdiction, but
16      also an Article III Constitutional "judicial power" court.

17   2. "Laws of the United States", as used in **§3231** means, an **Article I §8.18**
      Congressional enacted "Law of the United States" and not an "Act of Congress".

18   3. **§3231** does not grant a USDC any type of jurisdiction, neither civil nor criminal.

19   Again, under the preponderance of evidence standard, since the USDC is not mentioned
20   in the text of **§3231**, its omission can only be inferred as intentional.

21   As a state zone citizen, how then can a USDC, a court that has no authority in the state
22   zone and only limited authority in the federal zone, be applying a "criminal" statute of the United
23   States Code to a state zone citizen and claims jurisdictional authority to do so under **Title 18
24   USC § 3231**, when it is only a DCUS that has been granted such jurisdictional authority in the
25   state zone, and over a state zone citizen.

- 15

The observation, and again under the preponderance of evidence standard seems to be that the judge in the USDC, under the color of law, is exceeding all statutory authority given the judge by adjudicating court actions like the defendant is a <u>federal zone</u> citizen with <u>no</u> Article III Constitutional rights.

The evidence and facts are difficult to ignore.

1. There is no USC statute that gives either a USDC or a DCUS "criminal jurisdiction."

2. A territorial legislative USDC has no statutory jurisdictional authority over a <u>state zone</u> citizen, only over a <u>federal zone</u> citizen.

3. An Article III Constitutional DCUS with "judicial power" does have statutory jurisdictional authority over a <u>state zone</u> citizen.

4. A USDC will apply <u>any</u> statute in the USC, be it an Act of Congress, a Law of the United States or any other law passed by Congress, unlawfully to a <u>state zone</u> citizen.

5. A DCUS will <u>only</u> apply **Article I § 8.18** Congressional enacted "<u>laws of the United States</u>" to a <u>state zone</u> citizen.

The impression seems to be that a judge presiding over actions in a USDC who fails to address these jurisdictional issues and continues forward over the objections of the accused is holding the court out as "above the law" and "above the Constitution". In other words, the court decision is based on "secret federal judgeship policy" which has nothing to do with statutory law of the United States Code.

Clearly, the "law" is not changing, but rather, the "law" has been subverted and used for what appears to be purpose of "policy", in open and blatant violation of the U. S. Constitution, state constitutions, oaths of office, code of ethics, and unalienable rights. According to our <u>Declaration of Independence</u>, officials who do so, whose character is thus marked by every act which may define a tyrant, is unfit to be the ruler of a free people.

Have we forgotten Supreme Court cases like **Boyd v. U.S.**, 116 US 616, 627 (1886), where Lord Camden is quoted when he said, "If it is a law, it will be found in the books; if it is not to be found there, it is not law"?

- 16 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Pursuant to **Title 28 USC § 1746**, I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this _15_ day of _April_____, 2008.

_Royal L. Hardy_____
Defendant, Royal L. Hardy

CERTIFICATE OF SERVICE

I, Royal L. Hardy, the Defendant in this action, do hereby certify that

on this date I served a copy of the foregoing:

DEFENDANTS - - POINTS AND AUTHORITIES ON THE TWO (2) DIFFERENT DISTRICT COURTS  AND  CRIMINAL JURISDICTION

Upon the following by placing same in the United States mail, first class, postage prepaid:

U.S. Attorney's Office
300 Ala Moana Blvd., Rm 100
Honolulu, HI  96850

Attorney for Plaintiff

I certify under penalty of perjury, that the foregoing is true and correct.  Executed this

5th day of  May, 2008.

Royal L. Hardy /c

Defendant Royal L. Hardy