RECEIVED
CLERK U.S. DISTRICT COURT
MAY 28 2008
DISTRICT OF HAWAII

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 28 2008
at \_\_\_ o'clock and \_\_\_ min. \_\_M.
SUE BEITIA, CLERK

IN THE FEDERAL COURT OF THE UNITED STATES
OF AMERICA IN THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America<br>    Respondant,<br><br>v.<br><br>Royal Hardy<br>    Movant/Defendant, | Motion for Leave to File Over-<br>length Supporting Brief in Sup-<br>port of Motion to Vacate, Set<br>Aside, or Correct a Sentence by<br>a Person in Federal Custody<br>Under 28 U.S.C. §2255<br>Case #: CR-02-00133-ER/BMK |

Pursuant to Federal Rule 7, Local Rule 4.01, Defendant Royal Hardy, moves for leave to submit a supplemental brief in support of his motion to vacate, set aside or correct a sentence by a person in Federal custody in excess of the page limit set forth in Local Rule 4.01(D), but not to exceed 90 pages. The grounds for the motion are as follows:

1. As the Court is aware, this case concerns the many Constitutional violations of the Defendant, in which are applied to the Defendant. The indicated length of the supporting brief is necessary given the issues of law to be raised and the complex nature of the issues.

2. The Movant hopes this Honorable Court would grant this Motion to Leave to file an Overlength Supporting Brief of 90 pages or less, but not more than 90. If this motion is denied, it would create a very complicated situation for the Defendant given the complex nature of the circumstances that led to the conviction and sentence.

3. Defendant plans to address all the Constitutional violations that were brought about in this conviction and sentencing of the defendant. Movant will not exceed the 90 page limit in the Supporting Brief.

WHEREFORE, Movant hopes this Honorable Court will grant this

-1-

complex motion, if not, Movant hopes this Honorable Court will allow Movant more time to reduce his motion to an applicable page limit.

Respectfully Submitted

_Royal Hardy_
Royal Hardy
Register Number 83346-022
Federal Correctional Institution
PO Box 5000
Oakdale LA   71463-5000

### CERTIFICATE OF SERVICE

Movant/Defendant Royal Hardy, hereby certifies that a true and correct copy of the forgoing motion was served on the District Court of Hawaii, on this 20 day of May, 2008, via First Class, Prepaid United States Postal Service to the following:

Clerk of Courts
US District Court of Hawaii
300 Ala Moana Blvd.
Honolulu HI   96850-0400

_Royal Hardy_
Royal Hardy
Register Number 83346-022