

CERTIFIED MAIL™

7007 1490 0004 0553 3248

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 28 2008
DISTRICT OF HAWAII

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 28 2008
DISTRICT OF HAWAII

Royal Hardy #83346-022
Federal Correctional Institution
PO Box 5000
Oakdale, LA 71463-5000

Clerk of Courts
United States District Court of Hawaii
300 Ala Moana Blvd.
Honolulu, HI 96850-0400