ORIGINAL

Royal Hardy
83346022
PO Box 5000
Oakdale, LA 71463

Presently incarcerated at:
FCI - Oakdale
Oakdale, LA 71463

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 04 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>vs.<br><br>Royal L. Hardy,<br><br>          Defendant/Movant | )  Criminal No: 02-00133 HG/BMK<br>)<br>)  MOTION TO VACATE, SET ASIDE OR<br>)  CORRECT SENTENCE BY A PERSON IN<br>)  FEDERAL CUSTODY TITLE 28 USC §<br>)  2255<br>)<br>)<br>)<br>) |

**MOTION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   <u>Answer</u>: United States District Court at Honolulu, Hawaii

   (b) Criminal docket or case number:
   <u>Answer</u>: CR – 02-00133 ER/BMK

2. (a) Date of the judgment of conviction:
   <u>Answer</u>: May 13, 2005

   (b) Date of sentencing:
   <u>Answer</u>: April 30, 2005

3. Length of sentence:
   <u>Answer</u>: 13 years

4. Nature of crime (all counts):
   <u>Answer</u>: 2 counts <u>Title 18 USC § 371</u> – Conspiracy to defraud
   3 counts <u>Title 26 USC § 7203</u>– Willful failure to file

-1-

5. (a) What was your plea?
   Answer: Arraignment for pleading was conducted by a territorial United States magistrate judge. Defendant refused to enter a plea until he read a prepared statement <u>affirmatively</u> into the court record that challenged whether the USDC had jurisdiction authority over the defendant and whether the defendant had committed a United States offense <u>within</u> the territorial jurisdiction authority of the United States but the judge magistrate cut him off from reading the prepared statement into the record. Over the defendant's objection the magistrate judge attempted to enter a not-guilty plea for defendant but defendant objected and demanded that the magistrate judge provide the United States statutory law or authority the court was relying on to enter a plea over defendants objections -- the court refused to provide such evidence. Therefore, no plea has been voluntary or lawfully entered into the official court record by defendant and any plea shown in the court record has been fraudulently entered and fails to identify the authority it was entered under.

6. If you went to trial, what kind of trial did you have?
   Answer: Jury

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?
   Answer: No

8. Did you appeal from the judgment of conviction?
   Answer: Yes

9. If you did appeal, answer the following:
   (a) Name of court:
   Answer: Ninth Circuit Court of Appeals

   (b) Docket or case number:
   Answer: 05-10641

   (c) Result:
   Answer: The judgment of the district court was affirmed

   (d) Date of result:
   Answer: May 31, 2007

   (e) Citation to the case (if you know):
   Answer: N/A

   (f) Grounds raised:

   1. The district court committed fundamental error when excluded evidence of: (1) Hardy's Reliance on the IRS transcript of July 12, 1984; (2) Hardy testimony in Hardy I; (3) Statements of Hardy I defense attorney and IRS agents Hardy relied upon.

   2. The district court committed fundamental error relative to excluded evidence of: (1) Hardy's complete seminar videos but allowed the plaintiff's edited version of Hardy's videos and the improper admission of Rule 404(b) evidence.

      3. The district court abused its discretion by denying Hardy funds for an adequate defense such as: (1) denial of Rule 17 subpoenas; (2) denial funds needed for an expert.

      4. The district court abused its discretion by denying three (3) proffered theories of defense instructions such as: (1) reliance on government officials/entrapment by estoppels; (2) open protest negates deceitful and dishonest means; and (3) First Amendment defense.

      5. The district court committed fundamental error in denying Motions to Dismiss on account of: (1) pre-indictment delay; (2) outrageous government conduct; and (3) First Amendment grounds.

  (g) Did you file a petition for certiorari in the United States Supreme Court?
     <u>Answer</u>: No

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
<u>Answer</u>: Yes

11. If your answer to question 10 was "Yes," give the following information:
    (1)    Name of court: Ninth Circuit Court of Appeals

        (a) Interlocutory Appeal Of Denial Of Motion To Dismiss Superseding Indictment On Account Of Vindictive Retaliatory Prosecution For 1st Amendment Conduct

    <u>Answer</u>: Denied

    (2)    Name of court:  United States District Court at Honolulu, Hawaii

        (a) Four (4) Judicial Notices with Points of Authority together with Defendant's declaration and affidavit;

        (b) Notice and Demand To Vacate Void Judgment For Lack Of Jurisdiction And For Injunctive Relief From Criminal Fraud

    Answer: Pending

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**12-1 <u>Ground One</u>**: Conviction obtained by the unconstitutional failure of the United States to provide documented evidence <u>affirmatively</u> into the court record of the situs or location that defendant is alleged to have committed a United States criminal offense and evidence that such situs or location was <u>within</u> the jurisdictional authority of the United States.

  (a) <u>Supporting facts</u> (Do not argue or cite law. Just state the specific facts that support your claim.): The <u>facts</u> are, defendant's evidence of his personal research, documentary supporting court cases and videos, and seminar materials filed <u>affirmatively</u> into the

court record (but limited by the Court's grant of Motion in Limine) would show that a territorial United States district court (USDC) is a court of limited jurisdiction authority and the courts criminal jurisdiction authority is limited to offenses that occur <u>within</u> the territorial jurisdiction authority of the United States and violations of the Constitution and laws of the United States pursuant thereof. The <u>facts</u> are, there is no evidence <u>affirmatively</u> shown in the court record of the situs or location where defendant is alleged to have committed a United States criminal offense -- or -- evidence that any such alleged situs or location is <u>within</u> the territorial jurisdiction authority of the United States.

The <u>facts</u> are, the United States Congress has provided statutory requirements and procedure for the United States to obtain jurisdiction authority over a situs or location located in a sovereign state of the union, and the United States and the USDC have both failed to provide documented evidence of any such situs or location that complies with those statutory requirements.

The <u>facts</u> are, defendant has entered evidence of his personal research, documentary supporting court cases and videos, and seminar materials filed <u>affirmatively</u> into the court record (but limited by the Court's grant of Motion in Limine) that provides United States statutory law and United States case law showing that the USDC and the United States must identify the situs and/or location of any alleged United States criminal offense in order to prosecute an offender for a United States criminal offense.

The <u>facts</u> are, when these jurisdictional issues and challenges were presented to the USDC in several pre-trial Bill Of Particulars which would have provided the opportunity to challenge the jurisdictional issues they were all denied by the court. The court failed and refused to provide evidence of the situs or location and failed to require the United States to provide evidence of any situs or location where an alleged United States criminal offense occurred.

The <u>facts</u> are, defendant's personal research, documentary supporting court cases and videos, and seminar materials evidence has never been rebutted to the contrary by the United States or the USDC and under the preponderance of the evidence standard is considered true and correct.

The <u>facts</u> are, the grand jury superseding indictment in this United States criminal cause of action fails to provide evidence of any situs, location, or jurisdiction authority over defendant, and the district court -- <u>on its own volition</u> -- should have dismissed the indictment for <u>lack of jurisdiction</u> based on the aforementioned <u>facts</u>.

The <u>facts</u> are, defendant's personal research, documentary supporting court cases and videos, and seminar materials evidence that was filed <u>affirmatively</u> into the court record prior to defendant's sentencing, clearly shows that defendant is in custody under or by color of the authority of the United States -- and -- is in custody in violation of the Constitution or laws of the United States pursuant thereof.

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      <u>Answer</u>: No

  (2) If you did not raise this issue in your direct appeal, explain why:

<u>Answer</u>: Defendant was represented by a court appointed CJA attorney. Defendant discussed several constitutional and jurisdictional issues with this attorney. Defendant requested the CJA attorney to prepare and file defendant's constitutional and jurisdictional issues, but his CJA attorney refused and stated to the defendant, that she would quit, if she had to file anything to do with these issues. Defendant also mailed his CJA attorney several issues and court cases, that he wanted to see in his appeal brief, but again the CJA attorney failed to add the requested information. Further the CJA attorney brief was filed with the appellate court before the defendant was provided with copies to renew and/or object to her appellate brief, so he could personally supplement her brief, with defendant's constitutional and jurisdictional issues that are presented in defendant's Memorandum of Law. (enclosed).

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application:
   <u>Answer</u>: No

**12-2 <u>Ground Two</u>**: Conviction obtained by the unconstitutional failure of the United States to provide documented evidence <u>affirmatively</u> into the court record proving that defendant violated the Constitution or a law of the United States pursuant thereof.

(a) <u>Supporting facts</u> (Do not argue or cite law. Just state the specific facts that support your claim.): The <u>facts</u> are, there is no evidence <u>affirmatively</u> shown in the court record that defendant violated the Constitution or a law or the United States pursuant thereof. The <u>facts</u> are, defendant has been accused and sentenced to a term of imprisonment for violating a United States territorial "Act of Congress" and not a constitutional "law of the United States."

The <u>facts</u> are, defendant is not a territorial citizen of the United States and territorial "Acts of Congress" have no legislative application to defendant unless the offense was committed <u>within</u> the territorial jurisdiction authority of the United States. The <u>facts</u> are, there is no evidence affirmatively shown in the court record that defendant committed a United States offense <u>within</u> the territorial jurisdiction authority of the United States.

The <u>facts</u> are, neither the USDC nor the United States has provided documented evidence <u>affirmatively</u> into the court record that defendant violated the Constitution or a law of the United States pursuant thereof -- or -- evidence of any situs or location <u>within</u> the territorial jurisdiction authority of the United States where defendant is alleged to have committed a United States offense. The <u>facts</u> are, defendant's personal research, documentary supporting court cases and videos, and seminar materials evidence filed <u>affirmatively</u> into the court record prior to defendants sentencing, clearly shows that defendant is in custody from an order/judgment of a court or judge of the United States in pursuance of a territorial Act of Congress and not for the violation of the Constitution or a law of the United States pursuant thereof.

The documented facts clearly show that the district court -- on its own volition -- should have reviewed defendant's evidence filed affirmatively in the court record and dismissed this case for lack of jurisdiction.

(b) **Direct Appeal of Ground Two:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
   Answer: No

   (2) If you did not raise this issue in your direct appeal, explain why:
   Answer: same as 12-1(b)(2).

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application:
   Answer: No

**12-3 Ground Three**: Conviction obtained by the unconstitutional failure of the United States to provide documented evidence affirmatively into the court record of personal, legislative (subject-matter) and territorial jurisdiction authority over defendant, a citizen and inhabitant of a sovereign state of the union.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The facts are, the United States has never provided evidence affirmatively into the court record of personal, legislative (subject-matter) and territorial jurisdiction authority over defendant, a citizen and inhabitant of a sovereign state of the union.

The personal jurisdictional facts are, defendant is not a slave, is not a citizen of the United States, has no written or unwritten lawful contract or agreement with the United States, has no legal or moral obligation to the United States and has not violated the Constitution or a law of the United States pursuant thereof.

The legislative (subject-matter) jurisdictional facts are, all of the United States statutory laws that defendant is alleged to have violated are --- territorial "Acts of Congress." Territorial "Acts of Congress" only have lawful legislative application to territorial citizens of the United States and to State of the Union individuals who commit United States offenses within the territorial jurisdiction authority of the United States. The facts are, defendant's personal research, documentary supporting court cases and videos, and seminar materials evidence filed affirmatively into the court record proves that defendant is not a territorial citizen of the United States. The facts are, the United States has never provided evidence affirmatively into the court record showing that defendant committed a United States offense within the territorial jurisdiction authority of the United States. The facts are, the United States has never identified the congressional statute giving a territorial USDC authority to legislatively apply territorial "Acts of Congress" to a citizen of a sovereign state of the union for an alleged United States offense occurring outside the territorial jurisdiction authority of the United States.

The territorial jurisdictional facts are, the only areas, locations or territories outside of the District of Columbia where the United States has jurisdiction authority to function or operate in an official capacity is clearly identified by Congress at Title 18 USC § 7. The facts are, the Supreme Court has ruled that the laws of Congress in respect to those matters outside of constitutionally delegated power do not extend into the territorial

limits of the state, but have force only in the District of Columbia, and other places within the exclusive jurisdiction of the national government. The facts are, the United States has never provided evidence affirmatively into the court record of the congressional statute giving the United States authority to function or operate in an official capacity in a sovereign state of the union at a situs or location outside the territorial jurisdiction authority provided in Title 18 USC § 7. The facts are, the United States has never provided evidence affirmatively into the court record of the situs or location of any alleged United States offense that defendant committed or that such situs or location was in compliance with congressional statutory reporting requirements of Title 40 USC § 3112 in order to obtain jurisdiction authority over such situs or location. The facts are, defendant's personal research, documentary supporting court cases and videos, and seminar materials evidence filed affirmatively into the court records show that defendant did not commit a United States offense anywhere within the territorial jurisdiction authority of the United States and that evidence has never been rebutted to the contrary.

All of the aforementioned facts clearly show that the United States has never provided evidence affirmatively into the court record of personal, legislative (subject-matter) and territorial jurisdiction authority over defendant. Those same facts show that defendant is in custody under or by color of the authority of the United States, is in custody by an order/judgment of a court or judge of the United States for an act done in pursuance of an Act of Congress, and is in custody in violation of the Constitution and laws of the United States pursuant thereof. All of the aforementioned facts clearly show that the district court -- on its own volition -- should have dismissed this case for lack of jurisdiction.

(b) **Direct Appeal of Ground Three:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Answer: No

   (2) If you did not raise this issue in your direct appeal, explain why:
       Answer: same as 12-1(b)(2)

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application:
       Answer: No

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:
    Answer: No

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?
    Answer: Yes

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

Answer: United States District Court sitting in Honolulu, Hawaii Cr. 02-00133 ER/BMK

<u>Docket No.</u>

| | |
|---|---|
| 731 | **<u>Judicial Notice I</u>** |
| | Authority, standing and jurisdiction |
| 732 | **<u>Judicial Notice II</u>** |
| 733 | Defendant's declaration |
| 734 | Defendant's affidavit |
| 735 | **<u>Judicial Notice III</u>** |
| 739 | P/A federal (United States) jurisdiction |
| 736 | **<u>Judicial Notice VI</u>** |
| 737 | P/A on Act of Congress v. Law of the United States |
| 738 | P/A on United States v. United States of America |
| 740 | P/A on USDC v. DCUS and criminal jurisdiction |
| 741 | Notice And Demand To Vacate Void Judgment For Lack Of Jurisdiction And For Injunctive Relief From Criminal Fraud |

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At preliminary hearing:
      <u>Answer:</u> Royal L. Hardy
             Defendant, Pro Se

   (b) At arraignment and plea:
      <u>Answer:</u> William A. Cohan
             8910 University Center Lane
             San Diego, CA 92122-1026

   (c) At trial:
      <u>Answer:</u> Lynn E. Panagakos
             345 Queen Street
             Honolulu, HI 96813

   (d) At sentencing:
      <u>Answer:</u> Same as 15(c)

   (e) On appeal:
      <u>Answer:</u> Same as 15(c)

   (f) In any post-conviction proceeding:
      <u>Answer:</u> not applicable

   (g) On appeal from any ruling against you in a post-conviction proceeding:
      <u>Answer:</u> not applicable

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    <u>Answer</u>: Yes

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?
    <u>Answer</u>: No

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statue of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.

    <u>Answer</u>: Defendant's §2255 motion is being filed within the one-year statute of limitation period.

<u>The merits</u> of defendant's <u>§2255</u> motion are that the United States has no jurisdiction authority over defendant as the United States has failed to file evidence affirmatively into the court record

   1) of <u>personal</u>, <u>legislative</u> (subject-matter) and <u>territorial</u> jurisdiction authority over defendant, and

   2) that defendant committed a United States offense <u>within</u> the territorial jurisdiction authority of the United States, and

   3) that defendant violated the Constitution or a law of the United States pursuant thereof.

<u>Therefore</u>, movant/defendant requests this territorial United States District Court to grant the following relief:

   Vacate or set aside defendant's judgment of conviction for <u>lack of jurisdiction</u>

   -- or --

   Order the United States to provide evidence <u>affirmatively</u> into the court record of <u>personal</u>, <u>legislative</u> (subject-matter) and <u>territorial</u> jurisdiction authority over defendant -- and provide evidence of jurisdiction authority over the situs or location of any alleged United States criminal offense -- and -- provide evidence that defendant violated the Constitution or a law of the United States pursuant thereof, or any other relief to which movant may be entitled.

   Pursuant to <u>Title 28 USC § 1746</u>, I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _May 29 2008_.

   Executed this _29_ day of _May_, 2008

   _Royal Hardy_
   Royal Hardy
   Movant/Defendant Pro Se

-9-

## CERTIFICATE OF SERVICE

I, _Royal Hardy_, the defendant in this action, do hereby certify that on this date I served a copy of the foregoing:

**DEFENDANTS - - MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY TITLE 28 USC §2255**

By placing same in the United States mail, first class, at _FCI Oakdale Allen Unit #2   Oakdale, La. 71463_

addressed to the following:

U.S. Attorney's Office
300 Ala Moana Blvd., Rm 100
Honolulu, HI 96850

Attorney for Plaintiff

I certify under penalty of perjury, that the foregoing is true and correct. Executed this _29_ day of _May_, 2008.

_Royal Hardy_
Defendant

--10--