# MINUTES

| | |
|---|---|
| CASE NUMBER: | Civil No. 08-00265 HG BMK |
| | Criminal No. 02-00133 HG BMK-01 |
| CASE NAME: | United States v. Royal Lamarr Hardy |
| ATTY FOR PETITIONER: | Pro Se |
| ATTY FOR RESPONDENT: | Clare E. Connors, AUSA |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | June 6, 2008 | TIME: | |

## MINUTE ORDER

On June 4, 2008, Petitioner Royal Lamarr Hardy filed a Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255.

Pursuant to LR 7.10, respondent United States has until on or before **July 7, 2008** to file a response addressing the matters asserted in the petition as grounds for relief.


Submitted by: Mary Rose Feria, Courtroom Manager

cc:   Above counsel and pro se parties
      Chief Judge Gillmor's chambers