ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
HONOLULU DIVISION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 27 2008
at 11 o'clock and ___min ___ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA
plaintiff

VERSUS

Doc No: cr-02-00133HG BMK-01
cv-08-00265 HG BMK

ROYAL L. HARDY
defendant

---

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR BOND STANDARD OF REVIEW**

---

Applicant presents Memorandum in Support of Bond pending Habeas Corpus Review under the stringent standards accorded layman at law.

Memorandum is a statement of principals drawn from United States Law upon which applicant relies, same binding as promised performance, a benefit due this applicant, and entitlement to equal protection of the law under admministration of justice procedures.

Applicant is currently housed at the Federal Correctional Institution (FCI) Oakdale, Oakdale, Louisiana. Further the issues are clear which should cause the court to move on its own.

Applicant moves under trust resulting from the act of imprisonment or restraint on liberty where in custodian is trustee over the 'Res' attached. Trustee's must be able to prove each and every of their acts valid, in accord with law. The integrity of the legal system rests on its fair application of statements under the procedures offered by the court. This application seeks fair and just application on the records of congress.

Petitioner being properly before the court shows that :

1) the jurisdiction of such court and its officers has been exceeded;
2) when the imprisonment at first allegedly lawful yet not known to be unlawfully by the court omitting compliance with the Fifth and Sixth Amendments under a bill of Pains and Penalties.
3) The law process was defective as to matter for substance required by the law, rendereing the process void.
4) the process in proper form issued in the case is not allowed by law.
5) the process is not authorized by any order, judgement or decree of any court and is barred by provisions of law.

Petitioner being properly before the court, shows that he is not committed or detained by virtue of any process, judgement or decree, or execution issued by any court or judge of the United States in a case where said judge or court had exclusive jurisdiction, or any execution issued upon such judgement or execution, nor for any treasons, felony, or other crimes commited in any state or territory of the United States.

The errors herein and herewith are proven by the record construed in the district court show in substantive benefits being denied equality before the law, denied mandatory legal protections accorded by the Sixth Amendment from being afforded the defendant, impeaches the integrity of the judicial system, and are in direct opposition of the intent of governmental objectives to provide basic fairness, and ethical administration of governmental powers. Substantive due process referred to certain action that the government may not engage in no matter how many procedural safeguards it employs. **Rochin V. California** 342 U.S. 165; **Baylock V. Schwinden,** 856 F.2d 107 (9th Cir. 1988).

To satisfy this requirement, petitioner "must demonstrate that the issues are debatable among jurist of reason; that a court could resolve the issues in a different manner; or that the questions are "adequate to deserve encouragement to proceed further". **Barefoot**, 463 U.S. at 893, n.4 103 S.ct at 3394, n.4 quoting **Gordon V. Willis**, 516 Supp 911 (N.D. Ga 1980).

Under the fair notice doctrine to prosecute any people for the conduct alleged under and invalid [color of] law, and by an information herein, would be denial of due process. **United States V. Nevens**, 7 F.3d 59 (5th Cir 1993). It's the court's duty to resolve the jurisdiction of the court regardless of who brings the action, the court must make a legal finding as to its authority to take venue and jurisdiction, before the court moves to entertain the cause before it. See **20 Am. Jur. 2d at 66, pg 456.**

" The general rule is that a proceeding conducted or decisions made by a court are legally void when there is an absence of jurisdiction over the subject matter. A court devoid of of jurisdiction over the case cannot make a decision in favor of either party. cannot dismiss the complaint for failure to state a claim, and cannot render a summary judgement, as a decision would be on the merits of the action. It can only dismiss the case for want of jurisdiction. However a court without jurisdiction over the subject matter can set aside and vacate at any time by the court that rendered it".

Royal Hardy
_____
ROYAL LAMARR HARDY
83346-022