ORIGINAL

UNITED STATES DISTRICT COURT
DISRTICT OF HAWAII
HONOLULU DIVISION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 27 2008

at 11 o'clock and ___ min ___ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA
plaintiff

VERSUS

ROYAL L. HARDY

Doc No: cr-02-00133HG BMK-01
cv-08-00265HG BMK

---

### MOTION TO STRIKE DOCUMENT NUMBER 741 FROM THE RECORD

---

**NOW INTO COURT**, COMES Royal Lamarr Hardy movant in Pro-Se in response to court's, Minute Order dated May 30, 2008 in the above-styled case. Movant is relying on **HAINER V. KERNER, 404 U.S. 519** for less stringent pleading standards accorded to a layman at law.

On May 7, 2008 Hardy made the following filings in this court:

1) Judicial notice I and demand for evidence of authority standing and jurisdiction (DOC 731)
2) Judicial notice II; Entering defendants Declaration and Affidavit into evidence ( DOC 732)
3) Declaration of defendant providing evidence that United States and this court lacks personal jurisdiction over defendant ( DOC 733)
4) Defendants supporting affidavit as to person and legislative Jurisdiction   ( DOC 734)

5) Judicial notice III entering points and authorities on Federal Jurisdiction into evidence  (DOC 735)
6) Judicial notice IV entering points and authorities into evidence ( DOC 736)
7) Points and authorities on Act of Congress Vs. Law of the United States  ( DOC 737)
8) Points and authorities on United States Vs. United States of America (DOC 738)
9) Points and authorities on Federal Jurisdiction Part I (DOC 739)
10) Points and authorities on the two (2) different district courts and criminal jurisdiction ( DOC 740)
11) Notice and demand to vacate void judgement for lack of jurisdiction and for injunctive relief form criminal fraud (DOC 741)

Notwithstanding in this Minute Order, defendants Memorandum of Law in Support of Habeas Corpus Motion to Vacate and Set Aside Sentence pursuant to Title 28 U.S.C. §2255. Which was filed into the records on May 29, 2008.

All of the above documents ( Doc. 731-741) and notwithstanding my latest Memorandum of law in support of Habeas Corpus Motion to Vacate or set aside sentence, are all to be characterized, construed, collectively as the whole of my motion made pursuant to 28 U.S.C. § 2255, with the exception of Doc 741, Notice and Demand to Vacate Void Judgement for lack of Jurisdiction and for Injunctive Relief from Criminal Fraud, Which is to be stricken from the record according to your Minute Order dated May 7, 2008

Wherefore, Royal Lamarr Hardy directs this Honorable Court to allow document number 741 to be stricken form the record and notwithstanding in the minute order to include Memorandum of Law .

In support of Habeas Corpus Motion to Vacate or set aside sentence " to be viewed collectively" pursuant to 28 U.S.C. § 2255. Further, with return service of Document Number 741 be returned back to defendant/movant.

Respectfully Submitted

*Royal Hardy*

Royal Lamarr Hardy
83346-022
Post Office Box 5000
Oakdale, Louisiana 71463