ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
HONOLULU DIVISION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 27 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

VERSUS

ROYAL L. HARDY

Doc No: cr-02-00133HG-BMK-01
cv-08-00265HG BMK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion(s) to Strike Document Number 741 From the Record, Application for Bond Pending Habeas Corpus Relief and Memorandum in Support, has been sent by U.S. Mail, proper postage affixed to the United States Department of Justice, United States Attorney's Office  300 ALA MOANA BLVD, room 100 Honolulu, Hawaii 96850.

I certify under penalty of perjury, that the foregoing is true and correct. Executed this 18 day of June 2008

*Royal Hardy*
ROYAL LAMARR HARDY
83346-022