```
 1              THE COURT:  Call the next witness.
 2              MS. PANAGAKOS:  Defense calls LaMarr Hardy.
 3              THE COURT:  All right.  Come forward.
 4                      ROYAL LaMARR HARDY,
 5   called as a witness on behalf of the Defendant Royal
 6   LaMarr Hardy, being first duly sworn, was examined and
 7   testified as follows:
 8              THE CLERK:  Please be seated.  Would state
 9   your name for the record and spell your last name,
10   please?
11              THE WITNESS:  Royal LaMarr Hardy.  My last
12   name is spelled H-a-r-d-y.
13                      DIRECT EXAMINATION
14   BY MS. PANAGAKOS:
15   Q.      Hi, LaMarr.
16   A.      How are you doing, Lynn.
17   Q.      How old are you?
18   A.      I'm going to be 50 this year.
19   Q.      And what's your educational background?
20   A.      I completed 9th grade.  From 10th to 12th, I
21   worked with my father.
22   Q.      And where did you work with your father?
23   A.      In a bakery.
24   Q.      And when is the first time that it came to
25   your attention that it might be voluntary to file an
```

EXHIBIT 3

```
 1   income tax return?
 2   A.        That would have been in 1972.  I was working
 3   with my father.  I was 16 years old at the time.  In
 4   the tax filing season of 1971 --
 5            THE COURT:  Well, just -- I think you've
 6   answered the question, when did you first.
 7            THE WITNESS:  It was --
 8            THE COURT:  1972?
 9            THE WITNESS:  Well, taxes is always a year
10   backwards.  So it would have been in 1972, it would
11   have been taxes about 1971.
12   Q.        (BY MS. PANAGAKOS):  Okay.  And how did it
13   come to your attention?
14   A.        We had breaks during work.  And during those
15   breaks we always had a cup of coffee.  We'd sit down
16   and talk about things.
17   Q.        This is you and your father?
18   A.        Yes.  And he had always informed me about,
19   you know, what was going on in the day, what he wanted
20   me to do and those type of things.
21            But usually we had an opportunity to
22   socialize.  And during that April -- no, it was prior
23   to April.  Probably it was beginning part, later part
24   of March.  We started talking about tax filings and
25   his position on the tax filings.
```

```
 1   Q.        And what did he tell you?
 2   A.        He actually handed me a document.  This was
 3   the 1040 booklet for 1971.  And on the front cover of
 4   that booklet was a letter to, you know, anybody who
 5   was a taxpayer.  And it was signed by the commissioner
 6   of the Internal Revenue Service.  And on the third
 7   paragraph, the commissioner said that each year
 8   American taxpayers voluntarily file their tax returns.
 9   Q.        Did your father say something to you about
10   this?
11   A.        He asked me what I felt that meant and --
12   Q.        What did you tell him?
13   A.        Basically said, "Well, if it's voluntary then
14   it must be voluntary, Dad."  And so we discussed it.
15             And he says, "You know, son, I have to make a
16   decision in my life at this point in time.  And I'm
17   going to make a decision not to file anymore," based
18   on that document and other documents that he'd
19   researched.
20   Q.        And this was in March '72 or thereabouts.
21             Did you have additional conversations with
22   your father?
23   A.        Not too much after that.  I mean, he was
24   making --
25   Q.        Okay.  What about the next -- the next year,
```

1 the next filing season?

2 A. Well, every year we had a discussion about
3 it, and he would explain his belief system about it
4 and why he believed about it. I was definitely very
5 young at that time. But at the same time, he knew
6 that some day that I would have to be making my own
7 decisions.

8 And so he was explaining his philosophy, his
9 views, and trying to prompt me into, you know, what he
10 felt, and prompt me into discussions so that I could
11 express my personal opinions of how I felt about
12 decisions he was making.

13 MS. PANAGAKOS: And did you continue --

14 THE COURT: Speak up, please.

15 Q. (BY MS. PANAGAKOS): Did you continue to work
16 with your father in the bakeries for a number of
17 years?

18 A. Yes, I did.

19 Q. And did you remain close?

20 A. Yes. Our family was very unique in that we
21 had --

22 THE COURT: Wait. Whoa. You've answered the
23 question.

24 Q. (BY MS. PANAGAKOS): Were you also close with
25 your mom?

```
 1   A.        Yes, I was.
 2   Q.        And what was your religious background, your
 3   family's religious background?
 4             MR. BAILEY:  Objection, Your Honor.  I
 5   believe there's a specific rule that excludes this
 6   kind of --
 7             THE COURT:  I can't hear you, counsel.
 8             MR. BAILEY:  Objection, Your Honor, to this
 9   line of questioning and --
10             THE COURT:  Well, what's the grounds for the
11   objection?
12             MR. BAILEY:  I have to get the rule right at
13   hand.  The rule precludes inquiries into defendant's
14   religious beliefs in order to bolster --
15             THE COURT:  The rule, the Federal Rule of
16   Evidence that you're referring to?
17             MR. BAILEY:  Yes, Your Honor.
18             THE COURT:  That prohibits this question?
19             MR. BAILEY:  This line of questioning, yes,
20   Your Honor.
21             THE COURT:  Well, it doesn't seem relevant.
22             MS. PANAGAKOS:  Well, it's relevant to his
23   research skills, Your Honor.
24   Q.        (BY MS. PANAGAKOS):  As a child and a teen-
25   ager, did you have occasion to develop research
```

```
 1   skills?
 2   A.        Yes, I did.
 3   Q.        And how did that come about?
 4   A.        I was raised a Jehovah's witness; and in that
 5   particular religion, they require you to have three
 6   Bible studies a week.  And during those Bible studies,
 7   they encourage us to tab the Bibles and highlight all
 8   the things that the elders tell us to highlight and
 9   then, of course, to read everything so to make sure
10   that it's not out of context.
11   Q.        And were you diligent in tabbing and
12   highlighting your Bibles?
13   A.        Yes.  I was a very diligent student.
14   Q.        And then directing your attention to 19 --
15   about 1976 or so, did you move to Hawaii?
16   A.        Yes, I did.
17   Q.        And about how old were you when you moved to
18   Hawaii?
19   A.        I was around 20 years old.
20   Q.        So just getting into adulthood?
21   A.        Yes.
22   Q.        And what did you do when you got here?
23   A.        Well, I had no money when I came.  Basically
24   lived on the beach for several months.  I actually
25   ended up living in Kailua-Kona.  And I was successful
```