COPY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2003

at __ o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

```
 1              UNITED STATES DISTRICT COURT

 2                   DISTRICT OF HAWAII

 3                       ---oOo---

 4  UNITED STATES OF AMERICA,   )  Case No. CR 02-00133 SOM
                                )
 5              Plaintiff,      )  Honolulu, Hawaii
                                )  Friday, May 3, 2002
 6       vs.                    )
                                )
 7  ROYAL LAMARR HARDY, ET AL., )  Detention hearing
                                )
 8              Defendants.     )
                                )

 9
                    TRANSCRIPT OF PROCEEDING
10          BEFORE THE HONORABLE BARRY M. KURREN
                 UNITED STATES DISTRICT JUDGE
11
    APPEARANCES:
12
    For Plaintiff:              EDWARD GROVES
13                              U.S. Attorney's Office
                                300 Ala Moana Boulevard
14                              Room 6100
                                Honolulu, HI 96850
15                              (808) 541-2850

16  For Defendant (01) Royal    ROYAL LAMARR HARDY
    Lamarr Hardy:
17
    Court Recorder:             L. OKENKA
18                              U.S. District Court
                                300 Ala Moana Boulevard
19                              Room C-304
                                Honolulu, HI 96850
20                              (808 541-1300

21  Transcription Service:      V/ARS, INC.
                                6905 Vicksburg Place
22                              Stockton, CA 95207
                                (209) 472-2433
23

24
    Proceedings recorded by electronic sound recording.
25  Transcript produced by transcription service.
```

7

1    MR. HARDY: Well, I don't know where he's coming
2  up with all this stuff. At the other hearing, I never
3  brought anything up like that.
4    THE COURT: Okay.
5    MR. HARDY: We have gone through this charade for
6  the last 20 something years of indictments and all this kind
7  of stuff. During the trials that we have had so far, I've
8  been found not guilty at all of them.
9    THE COURT: You know, your name is familiar to me.
10 You have been around here.
11   MR. HARDY: Yeah. I've been around for a long
12 time. This has been a 27-year crusade against me for some
13 reason. I don't know what the deal is.
14   THE COURT: Okay.
15   MR. HARDY: At every one of those hearings,
16 trials, whatever it was, grand juries, you know, I was there
17 at every single one.
18   THE COURT: You recognize the jurisdiction of this
19 Court --
20   MR. HARDY: Absolutely.
21   THE COURT: -- to handle this case?
22   MR. HARDY: Absolutely.
23   THE COURT: Okay. Okay.
24   MR. HARDY: And in every one of those, I was found
25 I was not a flight risk. You know, I'm very well grounded.

8

1  I got a family here.  Right.
2         THE COURT:  Well, what about this question of the
3  passport?
4         MR. HARDY:  Well, the problem with the passport is
5  since 9/11 -- I mean, I travel to the mainland frequently.
6  And everywheres I go, I got to have some type of
7  identification.
8         THE COURT:  Do you have a driver's license?
9         MR. HARDY:  No, I do not.  This is the only form
10 of identification I have.  And so wherever I go, if I have
11 to have identification, I got to have some type of
12 identification.
13        Now, if you want to put some restraints on me
14 going to some foreign country or something like that, I
15 mean, I can't get through the borders without running the
16 screen through, right?
17        THE COURT:  Really, you do not have a driver's
18 license?
19        MR. HARDY:  No, I do not.  I haven't had a
20 driver's license for a long time.
21        MR. GROVES:  Your Honor, we have information he's
22 been observed driving around Honolulu in a car.  So if he
23 doesn't have a license, which is his representation, and
24 part of his reliance defense and other things he advocates
25 are to do away with identification so that you're out of the