# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 08-00265-HG-BMK<br>CR 02-00133-HG-BMK |
| CASE NAME: | Royal Lamarr Hardy v. U.S.A. |
| ATTY FOR PLA: | Royal Lamarr Hardy<br>Lynn E. Panagakos, Esq. |
| ATTYS FOR DEFT: | Clare E. Connors, Esq.<br>Edward E. Groves, Esq.<br>Jared E. Dwyer, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | July 11, 2008 | TIME: | |

COURT ACTION:

On June 27, 2007, Royal L. Hardy filed an Application for Bond Pending Habeas Corpus Relief pursuant to 18 U.S.C. § 3142(b). (Doc. 754.)

On July 7, 2008, the United States filed an Opposition to Hardy's Application. (Doc. 760.)

Release on bail pending a district court's habeas decision is reserved for extraordinary cases involving special circumstances and a high probability of success. See Land v. Deeds, 878 F.2d 318, 319 (9th Cir. 1989). This is not an extraordinary case and Hardy has not shown a high probability of success. Hardy's citation to Section 3142, which pertains to the release or detention of defendant pending trial is misplaced. Hardy has already been tried, convicted and sentenced. A citation to Section 3143 is equally misplaced because that section addresses detention or release of a defendant pending sentence or appeal.

**ROYAL L. HARDY'S APPLICATION FOR BOND PENDING HABEAS CORPUS RELIEF** (Doc. 754) is **DENIED**.