UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
HONOLULU DIVISION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 28 2008
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA
plaintiff

VERSUS

Doc No: 08-00265 HG
CR No: 02-00133 ER

ROYAL LAMARR HARDY
defendant

---

## NOTICE OF APPEAL

---

**NOW INTO COURT** COMES Royal Lamarr Hardy, the defendant, appearing through Pro-Se representation, without aid of counsel and in want of counsel, hereby gives this Notice of Appeal, appealing this court's denial of his Application for Bond Pending Habeas Corpus Relief, Motion dated July 11, 2008. File to the UNITED STATES COURT OF APPEALS, FOR THE NINTH CIRCUIT.

**WHEREFORE,** based on the above the defendant prays that this Honorable Court will grant this Notice of Appeal.

RESPECTFULLY SUBMITTED

*Royal Hardy*

ROYAL LAMARR HARDY
83346-022
Post Office Box 5000
Oakdale, LA 71463-5000
Federal Correction Institute