UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
HONOLULU DIVISION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 28 2008

at __1__ o'clock and __1__ min. __✓__ M.
SUE BEITIA, CLERK

UNITED STATES of AMERICA

VERSUS

CV NO: 08-00265 HG
CR NO: 02-00133 ER

ROYAL LAMARR HARDY

---

## CERTIFICATE OF SERVICE

---

I HEREBY CERTIFY, PURSUANT TO **TITLE 28 U.S.C. § 1746,** that a true and correct copy of this foregoing instrument has been mailed postage pre-paid on this _21_ day _July_, 2008 by depositing the required number of originals and copies into the institution mail collection box, in sealed envelopes, first class postage affixed and addressed correctly to the following:

DISTRIBUTION:

Clare E. Connors #7936
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 ALA MOANA BLVD
HONOLULU, HAWAII 96850

_[signature: Royal L Hardy]_
ROYAL LAMARR HARDY
83346-022