# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

August 1, 2008

CLARE E. CONNORS
EDWARD E. GROVES
JARED E. DWYER
OFFICE OF THE UNITED STATES ATTORNEY
300 ALA MOANA BLVD., STE. 6100
HONOLULU, HI 96850

    IN RE:    U.S.A v. ROYAL LAMARR HARDY
    CR NO.    CR 02-00133HG-BMK
               CV 08-00265HG-BMK

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on .

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                            Sincerely,
                            Sue Beitia, Clerk

                            By    Laila M. Geronimo
                                 Deputy

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    PRO SE
        with copy of instructions for criminal appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet

CUSTODY: ✓

BAIL: —

COUNSEL WAIVED: —

COURT REPORTER(S): CYNTHIA FAZIO

TO:        Clerk, U.S. Court of Appeals                           Date: August 1, 2008

FROM:      Clerk, U.S. District Court, Hawaii

SUBJECT:   New Appeals Docketing Information, Criminal Case

<u>CASE INFORMATION</u>

COMPLETE TITLE:      U.S.A. vs ROYAL LAMARR HARDY

U.S.D.C CASE NO.     CR 02-00133HG-BMK - CASE REASSIGNED TO CHIEF JUDGE HELEN GILLMOR ON 05/30/08
                     CV 08-00265HG-BMK

U.S.D.C. JUDGE:      Helen Gillmor

                     SUPERSEDING
COMPLAINT ( ), INDICTMENT (X), INFORMATION ( ), PETITION ( ), FILED: <u>07/11/02</u>

APPEALED ORDER FILED:      <u>07/11/08</u>

NOTICE OF APPEAL FILED:    <u>07/28/08</u>

---

<u>COUNSEL INFORMATION</u>

APPELLANT:                          APPELLEE:
ROYAL LAMARR HARDY, PRO SE          CLARE E. CONNORS
83346-022                           EDWARD E. GROVES
FCI OAKDALE                         JARED E. DWYER
P.O. BOX 5000                       OFFICE OF THE UNITED STATES
OAKDALE, LA 71463                   ATTORNEY
                                    300 ALA MOANA BLVD., STE. 6100
                                    HONOLULU, HI 9

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: _PRO SE

            (e.g. C.J.A., Public Defender, Other.)

---

<u>DEFENDANT INFORMATION</u>

ADDRESS:                            NO OF DAYS OF TRIAL:  __

F/P GRANTED:          __

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. ROYAL LAMARR HARDY

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 02-00133HG-BMK

II. **DATE NOTICE OF APPEAL FILED:** JULY 28, 2008

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**                **AMOUNT:**   PRO SE

   **NOT PAID YET:**                      **BILLED:**

   **U.S. GOVERNMENT APPEAL:**            **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**           **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:** CV 08-00265 HG-BMK

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)