RECEIVED
CLERK U.S. DISTRICT COURT
AUG 13 2008
4:30 pm lg
DISTRICT OF HAWAII

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

FILED
AUG 11 2008
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

I.  **SHORT CASE TITLE:** U.S.A. vs. ROYAL LAMARR HARDY

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 08-16788

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 02-00133HG-BMK

II  **DATE NOTICE OF APPEAL FILED:** JULY 28, 2008

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**          **AMOUNT:** PRO SE

   **NOT PAID YET:**                **BILLED:**

   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**     **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:** CV 08-00265 HG-BMK

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID_____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 355-8000

Molly C. Dwyer
Clerk of Court

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 3 2008

at 4 o'clock and 30 min. PM
SUE BEITIA, CLERK

August 11, 2008

| | |
|---|---|
| USCA9 No.: | 08-16788 |
| D.C. No.: | 1:08-cv-00265-HG-BMK |
| Short Title: | USA v. Royal Hardy |

Dear Counsel,

The Clerk's Office of the United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and/or request for a certificate of appealability. **A briefing schedule will not be set until the court determines whether a certificate of appealability should issue.**

Absent an emergency, all subsequent filings in this matter will be referred to the panel assigned to consider whether or not to grant the certificate of appealability.

All subsequent letters and requests for information regarding this matter will be added to your file to be considered at the same time the cause is brought before the court.

The U.S. Court of Appeals docket number shown above has been assigned to your case. You must indicate the docket number and title of your case when corresponding with the court about your case.