FILED

SEP 11 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>ROYAL LAMARR HARDY,<br><br>        Defendant - Appellant. | No. 08-16788<br><br>D.C. Nos. 1:08-cv-00265-HG<br>            1:02-cr-00133-HG<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: PREGERSON, McKEOWN and N.R. SMITH, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See Land v. Deeds,* 878 F.2d 318 (9th Cir. 1989) (per curiam) (denial of bail pending decision on a habeas petition is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

MF/Pro Se