ORIGINAL

AO 83 (Rev.06/09) Summons in a Criminal Case (Page 2)

Case No.    CR 02-00133 HG-01; USA VS. ROYAL LAMARR HARDY, aka "Royale LaMarr Sounet"

PROOF OF SERVICE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 22 2017

at 11 o'clock and 20 min. a M.
SUE BEITIA, CLERK

This summons was received to me on (date) __3/21/2017__.

☒ I personally served the summons on this defendant __ROYAL LAMARR HARDY__ at (place) __US PROBATION OFFICE__ On (date) __3/22/2017 @ 1110__;

or

☐ On (date) _____ I left the summons at the individuals residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to (name of individual) _____, who is authorized to receive service of process on behalf of (name of organization) _____ on (date) _____ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare that under penalty of perjury that this information is true.

Date returned: __3/22/2017__

_____
Server's Signature

__DEREK KIM, USPO__
Printed name and title

Remarks: __RE: REQUEST FOR COURSE OF ACTION FILED 3/20/2017__

2