# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00133 HG |
| CASE NAME: | United States of America vs. (01) Royal Lamarr Hardy |
| ATTY FOR PLA: | Rebecca Perlmutter, AUSA |
| ATTY FOR DEFT: | (01) Harlan Y. Kimura, Esq. |
| PROBATION OFFICER: | Derek Kim |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Gloria Bediamol |
| DATE: | 03/28/2017 | TIME: | 02:10pm-02:20pm |

COURT ACTION:    EP: SHOW CAUSE HEARING AS TO THE MODIFICATION OF DEFENDANT'S CONDITIONS OF SUPERVISED RELEASE

Defendant is not present, not in custody.

Harlan Y. Kimura was previously appointed as CJA counsel for Defendant on March 21, 2017.

Court hereby orders that a no-bail bench warrant be issued for the Defendant not appearing at today's scheduled court hearing.

Submitted by: Tammy Kimura, Courtroom Manager