# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | Criminal No. 02-cr-000133 HG-01 |
| CASE NAME: | United States v. Royal Lamarr Hardy |
| ATTY FOR DEFENDANT: | Harlan Y. Kimura, Esquire |
| ATTYS FOR GOVERNMENT: | Rebecca Ann Perlmutter, AUSA<br>Edric Ming-Kai Ching, AUSA<br>Leslie E. Osborne, Jr., AUSA |
| PROBATION OFFICER: | Derek Kim |

JUDGE: Helen Gillmor

DATE: April 18, 2017

### **MINUTE ORDER**

On April 17, 2017, Defendant submitted a document entitled PRIVATE NOTICE APRIL 14, 2017 PRESENTATION OF PRIVATE TRUST CASE NUMBER TO PRIVATE TRUSTEE (ECF No. 838). The document is **STRICKEN**.

As the Court has previously ordered, Defendant is represented by Attorney Kimura.  A party represented by counsel must submit all filings through counsel of record. See District of Hawaii Local Rule 83.6(a); see also United States v. Gwiazdzinski, 141 F.3d 784, 787 (7th Cir. 1998).

All future filings must be made by counsel of record.

Submitted by: Rachel Sharpe, Courtroom Manager