# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00133HG |
| CASE NAME: | UNITED STATES OF AMERICA v. ROYAL LAMARR HARDY |
| ATTY FOR PLA: | Rebecca Ann Perlmutter, AUSA |
| ATTY FOR DEFT: | Harlan Y. Kimura, Esq. |
| U.S.P.O.: | Derek Kim |

| | | | |
|---|---|---|---|
| JUDGE: | Richard L. Puglisi | REPORTER: | FTR - C5 |
| DATE: | March 16, 2018 | TIME: | 2:13 p.m. - 2:21 p.m. |

COURT ACTION:  EP        PRELIMINARY HEARING

Defendant is present, in custody.

Discussion held.

Based on defendant's request the Preliminary Hearing is CONTINUED to March 29, 2018 at 2:00 p.m. before Judge Puglisi.

The hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked set for March 20, 2018 at 1:30 p.m. before Judge Gillmor is VACATED.

Defendant is remanded to the custody of the United States Marshals Service.

Submitted by: Mary Feria, Courtroom Manager