AO 442 (Rev. 11/11) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of Hawaii

**SEALED**
**BY ORDER OF THE COURT**
**2017 APR 27 PM 2:10**
**U.S. MARSHALS SERVICE**
**HONOLULU, HI.**

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | Case Number: CR 02-00133HG-01 |
| ROYAL LAMARR HARDY, aka "Royale LaMarr Sounet" | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

**MAR 19 2018**

at 9 o'clock and 02 min A. M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

        YOU ARE HEREBY COMMANDED TO ARREST ROYAL LAMARR HARDY, aka "Royale LaMarr Sounet" and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

425

Violations of Supervised Release

| | | |
|---|---|---|
| Date: | April 27, 2017 | Sue Beitia, Clerk of Court |
| | | Name and Title of Issuing Officer |
| Location: | Honolulu, Hawaii | /S/ Sue Beitia by deputy clerk LMG |
| | | Prepared/Signed By: |

Bail Fixed at    NO BAIL        By: Helen Gillmor, Senior United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI | | |
| Date Received 4-27-17 | NAME AND TITLE OF ARRESTING OFFICER C. GARIBO, DUSM | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 3-14-18 | | |